LINDBERGH PORTER, Bar No. 100091
lporter@littler.com
MARY D. WALSH, Bar No. 197039
mdwalsh@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:  415.433.1940
Facsimile:   415.399.8490

DOMINIC J. MESSIHA, Bar No. 204544
dmessiha@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA   90067
Telephone:  310.553.0308
Facsimile:   310.553.5583

Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS PATTON, an individual, on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC., a Virginia corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:15-cv-03813<br><br>**DECLARATION OF DOMINIC J. MESSIHA IN SUPPORT OF DEFENDANT DOLLAR TREE STORES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>[Los Angeles County Superior Court Case No. BC577498]<br><br>Date:            Feburary 6, 2017<br>Time:           10:00 a.m.<br>Place:          Courtroom 5A<br><br>Complaint Filed:  April 2, 2015<br>Trial Date:           None Set |

# DECLARATION OF DOMINIC J. MESSIHA

1. I am an attorney at law in good standing, licensed to practice in the State of California and before this Court, and a shareholder in the law firm Littler Mendelson, PC. I am one of the attorneys representing Defendant Dollar Tree Stores, Inc. in this action, and make this Declaration in support of Dollar Tree's Opposition to Plaintiffs' Motion for Class Certification. All the facts contained in this Declaration are based on my own personal knowledge and, if called as a witness, I could competently testify to them.

## DECLARATIONS

2. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Rebecca Chavez.

3. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Cynde Copus.

4. Attached hereto as Exhibit C is a true and correct copy of the Declaration of Sean Doherty.

5. Attached hereto as Exhibit D is a true and correct copy of the Declaration of Jerry Hayhurst.

6. Attached hereto as Exhibit E is a true and correct copy of the Declaration of Betty Lacey.

7. Attached hereto as Exhibit F is a true and correct copy of the Declaration of Rowland Larson.

8. Attached hereto as Exhibit G is a true and correct copy of the Declaration of Ferne Lewis.

9. Attached hereto as Exhibit H is a true and correct copy of the Declaration of Shelli Nelson.

10. Attached hereto as Exhibit I is a true and correct copy of the Declaration

of Syed Niazi.

11. Attached hereto as Exhibit J is a true and correct copy of the Declaration of Steven Pearson.

12. Attached hereto as Exhibit K is a true and correct copy of the Declaration of Pettie Phonesouvanh.

13. Attached hereto as Exhibit L is a true and correct copy of the Declaration of Jonathan Poston.

14. Attached hereto as Exhibit M is a true and correct copy of the Declaration of Frances Ramirez.

15. Attached hereto as Exhibit N is a true and correct copy of the Declaration of Robert Risser.

16. Attached hereto as Exhibit O is a true and correct copy of the Declaration of Jose Soto.

## DEPOSITIONS

17. Attached hereto as Exhibit P are true and correct copies of excerpts of the deposition of Plaintiff Francisca Guillen, which I took on December 14, 2016 in this action.

18. Attached hereto as Exhibit Q are true and correct copies of excerpts of the deposition of Plaintiff Curtis Patton, which I took on October 20, 2015 in this action.

19. Attached hereto as Exhibit R are true and correct copies of excerpts of the deposition of Steven Pearson, which was taken by counsel for Plaintiffs on June 16, 2016 in this action.

20. Attached hereto as Exhibit S are true and correct copies of excerpts of the deposition of Larry Whalen, which was taken by counsel for Plaintiffs on September 8, 2016 in this action.

# ORDERS

21. Attached hereto as Exhibit T is a true and correct copy of the court's decertification order in *Cruz v. Dollar Tree Stores, Inc.*, Case No. 3:07-2050SC (N.D. Cal.).

22. Attached hereto as Exhibit U are a true and correct copies of the court's relevant decertification orders in *Knott v. Dollar Tree Stores, Inc.*, Case No. 7:06-cv-01553 (N.D. Al.). In *Knott*, the court decertified a nationwide FLSA collective action brought on behalf of Store Managers. The case ultimately ended with a complete defense verdict in favor of Dollar Tree.

23. Attached hereto as Exhibit V is a true and correct copy of the Findings of Fact and Conclusions of Law in *Molina v. Dollar Tree Stores, Inc.*, Case No. 8:12-cv-1428 (C.D. Cal.). In *Molina*, class certification was denied, and the store manager's individual misclassification claim resulted in judgment in favor of Dollar Tree.

24. Attached hereto as Exhibit W is a true and correct copy of the relevant order in *Smith v. Dollar Tree Stores, Inc.* Case No. CISCV160473 (Santa Cruz County Superior Court). In *Smith*, Dollar Tree prevailed as to the plaintiff's misclassification claim.

25. Attached hereto as Exhibit X is a true and correct copy of the Labor Commissioner's Order, Decision or Award in *Toto v. Dollar Tree Stores, Inc.* (CA Labor Commissioner Claim No. 12-83406), finding in favor of Dollar Tree on the claimant's misclassification claim.

///

I have read the above Declaration and do hereby declare under penalty of perjury under the laws of the United States of America and the State of California that it is true and correct.

Executed this 9th day of January, 2017 in Los Angeles, California

*[signature]*

DOMINIC J. MESSIHA

Firmwide:144855702.1 061603.1171

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940