EXHIBIT  A

# DECLARATION OF REBECCA CHAVEZ

I, Rebecca Chavez, hereby state and declare as follows:

1.      I am currently employed by Dollar Tree Stores as a Store Manager for the Dollar Tree Store located in Oakland, California on International Boulevard. I have personal knowledge of the facts in this declaration and could competently testify to these facts if called as a witness.

2.      I have worked for Dollar Tree since 2004.  I began working for Dollar Tree as Assistant Store Manager (ASM) in 2004 in Newark, CA.  While I worked in the Newark store, I was promoted to the position of Store Manager and continued working at Newark for about 4.5 months.  In total, I was at the Newark store for about 1 year.  Dollar Tree closed the Newark store and I became the temporary Store Manager in Milpitas for about 4 months during the store's transition to a new Store Manager.  I then transferred to the San Jose store where I was a co-Store Manager. San Jose is a high volume store and I was generally responsible for back-end operations, such as freight processing and ensuring end caps were stocked, while the other Store Manager was responsible for front-end operations, such as the cashiers and recovery.

3.      After working in San Jose for about 7 months, I transferred to the Vallejo store, where I was the sole Store Manager for about 2.5 years.   Vallejo was a challenging store and I was responsible for getting the store in order.  It was a high-shrink store with inventory backstock and customers who made the store messy. When I first started at Vallejo, I worked with my District Manager to create a plan for fixing the Vallejo store.  I gave him my ideas, he gave me his ideas, and I was responsible for execution.  As part of the plan, I retrained the ASMs as well as the rest of the store staff.  For each of the ASMs and the other Vallejo employees, I evaluated their strengths and weaknesses and worked on each employee's weakness.  If the employee was not able to improve, I gave them a verbal, written and then final correction to hold them accountable for their job.  I terminated the Vallejo employees

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA  92101-3577
619 232 0441

who did not improve.  For employee terminations, I partnered with and made recommendations to Human Resources and Human Resources approved my recommendations.  To reduce the shrink and customer mess in the store, my strategy was to train my ASMs and other Vallejo employees to increase their interactions with customers.  I also spent more time on the sales floor.  In my experience, once store employees get to know their customers, then customers are more invested in the store, steal less and make less of a mess in the store.  Retraining my ASMs was critical to reduce shrink.  I understand that since I left Vallejo, their shrink number crept up and the store has not been able to achieve the same shrink numbers compared to when I managed the store.

4.     After I left Vallejo, I was the Store Manager at Union City for 7 months. That store was easy to run; it had great clientele and knowledgeable, well-trained employees.  My District Manager thought Union City was too easy for me to run, so he transferred me to a store in Colma, where I stayed for 2 years.  Colma was a store that also needed fixing.  While the clientele was great and it was not considered a high shrink store, Colma had stocking and freight issues.  Colma is a racetrack store, approximately 26,000 square feet, which is twice the size as my current Oakland store. The prior Store Manager had difficulty keeping the sales floor fully stocked, which negatively affected sales.   To fix Colma, I had to retrain the ASMs on the replenishment process and change the ASM team.  I promoted a capable stocker to ASM and retrained the employees to follow Dollar Tree processes.  For example, Appleseed is a tool that helps you get organized and tells you exactly what is coming in the truck, the number of boxes that should be loaded on each U-boat, and the stocking rate and number of hours needed to stock each product.  It also tells you which end-cap products are coming that should be unloaded straight onto the sales floor.  Reporting the stocking rate and number of hours needed to stock, Appleseed also allows the ASMs to hold the stockers accountable for their productivity.  Before I was the Store Manager at Colma, the ASMs and stockers knew about Appleseed but

2.

did not use it as tool that could help their efficiency. Once I retrained the ASMs and stockers to use Dollar Tree stocking processes, Colma was one of the best stores I managed.

5.     After two years in Colma, my District Manager asked me to interview for the Store Manager position in my current Oakland store. Before I came to Oakland, the stocking was done but the Oakland employees did not use Dollar Tree processes. For example, Oakland did not follow the Dollar Tree planners and would overstock, or put merchandise in strange places so customers could not find products. When I came to Oakland, I had to retrain the ASMs and implement Appleseed and Dollar Tree standards for merchandising the store. I also retrained the ASMs to take on more of a management role, such as helping with various reports, so they are no longer simply highly paid cashiers. Oakland was also a high shrink store. I reduced the shrink by checking manager damages, checking the billing from truck deliveries, training all of the employees to improve customer service, and spending time on the sales floor. Oakland was also a messy store because of its clientele. I retrained the recovery staff, as well as all of the store employees, to get everyone involved in recovery. Now, the ASMs walk the sales floor every 15 minutes to make sure there is no product on the floor. But all store employees know they are responsible for recovery, so no one walks by product on the floor without picking it up.

6.     I was trained to be a Store Manager when I was an ASM in Newark. As an ASM, I helped the Store Manager with scheduling and ordering product. I also managed a lot of the stocking. When the Store Manager was fired, I was in charge of the store. A new District Manager came to Dollar Tree and saw that I was running the store, so he promoted me to be the Store Manager.

7.     My current Oakland store is open from 8:00 a.m. until 10:00 p.m. Monday through Saturday and from 8:00 a.m. until 9:00 p.m. on Sundays. It is about 13,000 square feet.

3.

8.      As the Store Manager, I am the highest level manager in the Oakland store and am accountable for efficiently and effectively managing the store's overall performance.  My Oakland store has the highest gross sales numbers for Dollar Tree nationwide.  During a slow week, our gross sales will be around $100,000; during a high volume week, our gross sales can be as high as $140,000.  Oakland has a frozen food section.  We do not sell alcohol in the store.  We do accept food stamps.

9.      At Oakland, I manage 6 full-time ASMs and 13 stockers, (3 full-time and 10 part-time).  Overall there are typically 49 employees at my store.  We have a security guard and a janitorial service comes 3 nights a week to clean and buff the floors and clean the bathrooms.  For the holidays, I will hire 30 additional employees to work from Thanksgiving through Christmas.  I started hiring in early November, so I currently have about 7 active holiday employees.  At Dollar Tree, we have a fourth quarter meeting and my District Manager gives all of the Store Managers a planner to help strategize when to hire holiday employees.  I like to hire about 10 employees over my plan because in my experience, holiday employees are not so reliable.

10.     When I came to Oakland, as part of training my ASMs, I cross-trained them so they all know how to do each other's jobs.  When I first got to Oakland, the Freight ASM had a lot of accrued but unused paid time off (PTO) because no one else could do his job so he could not go on vacation.  I believe everyone deserves to take their vacation to get a breather.  My goal is to ensure all of my full-time employees get to use their PTO every year.  Having well-trained ASMs also makes it easier to delegate.  Also, I'm on the District Manager path.  When I get promoted to District Manager, with well-trained ASMs, the transition to a new Store Manager will be smooth.

11.     When I first got to Oakland, my District Manager, Manny Maciel, was more hands-on and involved.  I think it was because he was more involved in Oakland's operations under the former Store Manager.  I pushed back on Mr. Maciel and he gave and currently gives me, the space to run Oakland.  Mr. Marciel comes to

4.

Oakland 3-5 times per week. Oakland is Mr. Marciel's home store, which means his mail comes to here and he will come to the Oakland store to check his email. Sometimes when he comes to the Oakland store, it is just for his own paperwork, other times, he comes and it is a store visit and we will walk the store together with the season's new planner. Mr. Marciel is a communicative District Manager so we talk a couple of times a day and exchange emails daily.

12. As the Store Manager, I drive the financial success of my store. I am responsible for making sure my store is 100% visitor ready, the shelves are full, the stock has full variety, the store is recovered, clean, and product on the shelves are all faced. As the Store Manager, my role is to plan, delegate and follow up. To be a productive Store Manager, it doesn't mean that I have do all of the work myself, otherwise, I would have to struggle to get everything done. It is more efficient to utilize and train my ASMs.

13. On average, I work 5 days a week, from 7:30 a.m. to 5 p.m. I take Sundays and Wednesdays off. During the holiday season, from Thanksgiving through Christmas, I work 6 days a week. When I work 6 days a week, I work from 8 a.m. to 5:00 p.m. I am responsible for scheduling employees at the store, and I set my own schedule. Dollar Tree requires me to work the first weekend of each month, but otherwise, I can pick my own schedule. If I wanted to close every night, I could close. I schedule myself to open in the mornings because I have store orders due twice a week at 9:30 a.m., and the frozen food orders are also due in the mornings twice a week. But if I wanted to, I could delegate the ordering to an ASM and work the mid-day to close shift.

14. For breaks, I have an unofficial rule for myself to take a break every 2 hours. By taking breaks, I set the example for the store so other employees will take their breaks. I will sit in the office for 5 minutes or longer for a rest break. For lunch, I will leave the building and take a full 30 minutes for lunch with no interruptions.

15.    As the Store Manager, I am responsible for ordering new merchandise for my store.  About 70% of store inventory is automatically ordered once it has been scanned by a cashier.  The remaining 30% of store inventory is ordered manually and I will order product according to what sells well in my store.  Typically, I order more product in the beginning of the month and then less at the end of the month to avoid markdowns.  For example, at the beginning of the month I will order $10,000 of product and by the end of the month I will order $3,000 to $4,000 of product.  I also order frozen foods.  Ordering frozen food is different from ordering merchandise for other sections of the store because in frozen, I can order any products that I want as long as I make sure that I have the variety of product the store needs.  Some restaurants buy frozen vegetables from my store.  I will do special orders for my restaurant customers and they will come on truck days to pick up their orders.  Since I do not want the restaurants to come in and pull all of the frozen goods off the shelf, I will keep their orders stored on a shelf in the walk-in freezer in the back of the store.

16.    I also sometimes need to make certain decisions relating to marking down particular merchandise.  For example, items in dairy have a 2-3 week shelf life.  If they are not selling, I can mark products down to $.50 or create a 4 for $1.00 sale.

17.    My job duties also include supervising the store to ensure appropriate merchandising.  Dollar Tree provides detailed seasonal product planners and planners for end-caps.  At Oakland, I only have 26 end-caps, so I typically receive a planner for each of my end-caps at the beginning of each season.  At the beginning, I will have all of the product required for my end-cap, but as we replenish, Dollar Tree will not always send us all the product we need to keep the end-cap fully stocked.  When there are product holes in my end-caps, I have authority to decide what products to stock to fill the holes.  This is true throughout the store.  While we get planners for each section of the store, there are always holes and I have authority to decide what products to stock to fill the hole.  In Colma, there were 76 end-caps so I did not have a planner for every end-cap.  As the Store Manager in Colma, I had more flexibility in

6.

deciding what to stock in the store end-caps. I could decide to re-use a planner for an end-cap from another season. Reusing the planners makes things more efficient because it is easier to train or instruct a stocker. The stocker can just follow the prior planner, which shows them how to merchandise the product, how to load the U-Boat and how much time it will take to unload and stock.

18.    Every day I spend about 30 minutes developing the daily action plans in the morning, which sets out key tasks for my employees. I also prepare a specific cashier daily action plan, a daily recovery needs plan and a daily stocker productivity plan. The cashier daily action plan instructs the cashiers when to take their breaks and what I want them to work on if they have downtime. I will then verbally review the tasks with the employees and walk them through what needs to be done to ensure they have a good understanding of what I want to accomplish. Tasks from the action plan that are not completed in one day are carried over to the next day.

19.    I conduct a store meeting once a month with the ASMs to make sure everyone is getting along. At Oakland, we stock overnight, so when I come in to the store in the morning, I try to talk with the stockers so I know how things are going. I also meet with stockers once a week to discuss issues or if they are stocking too slowly.

20.    I spend about 2 hours a week disciplining or counseling store associates. Most of the time when I discipline, it is for a cash shortage. I make sure the cashiers know they had a shortage. The ASMs write them up and I will meet to talk with the cashier to give them pointers for how to avoid cash shortages in the future.

21.    I give performance evaluations to my ASMs. A few years ago, I was responsible for evaluating all store associates, but now we only do annual reviews of ASMs. Every year ASMs get a raise. If I feel like an ASM went above and beyond, I can ask Human Resources to approve a larger percentage raise.

22.    I spend 3 hours a week reviewing resumes, interviewing and hiring new associates. I try to do a round of interviews every week. I have authority to hire

7.

associates at my store. I only need my DM's approval if I want to hire an ASM. If I have an associate who I think is a good candidate for promotion to ASM, or an ASM who I think would make a good Store Manager, I will bring that person to my DM's attention by repeatedly telling my DM good things about that person. Then, when an opening comes up, my DM is already familiar with that individual. I have recommended associates to be promoted to ASM and I have recommended ASMs for promotion to Store Manager. One of the parts of this job that I really like is identifying and recommending individuals for promotion.

23.    In Oakland, I spend more than 50% of my time managing the store. Generally, while I do not have to do things like stocking or cleaning, I find that my associates work harder when they see me doing those things. I spend maybe 4 hours a week stocking to set an example, or be on the sales floor to help loss prevention and monitor customer service. If I cashier, I will only do it if we get a spurt of customers. I spend maybe 2-3 hours a week cashiering. I do not unload the truck or process freight. I have 2 Freight Managers and they cover for each other when one goes on vacation or calls in sick. If I am involved in cleaning, I only do it to demonstrate how to clean to an associate. At Dollar Tree, we do a spring cleaning after Christmas and the idea is to thoroughly clean the entire store. Each of my stockers at Oakland have their own primary and secondary departments that they are responsible for. They are also supposed to clean their departments as they stock. As a result, our once a year spring cleaning is not very hard. Also, the training to become a District Manager emphasizes that I should plan, delegate and follow up.

24.    I receive my pay from Dollar Tree via direct deposit. I can access my pay stubs if I wish to review them from one of the registers in the store. I can print a copy at any time for free. I believe that I can print out up to 8 weeks of pay stubs from the register. Any other Dollar Tree employee can do the same. If I need more than 8 weeks of pay stubs, I can request them from Dollar Tree's Store Support Center (SSC). In fact, I had an ASM who requested 6 months of pay stubs. SSC sent the pay

8.

1  stubs to my Store Manager email account and I printed them out for her.  I think it

2  took about 1 day for my ASM to get these pay stubs.

3      25.   I really enjoy working for Dollar Tree and feel like the company has

4  treated me well.  I do not personally know of any other Store Managers who have

5  complained about spending too much time on lower-level work such as cashiering,

6  stocking or unloading freight.  In my opinion, if a Store Manager is doing those tasks

7  a substantial amount of their time, they are not meeting Dollar Tree's expectations and

8  are not doing their job effectively.

9      26.   I am voluntarily choosing to sign this declaration.  No one told me I had

10  to sign it.  No one pressured me to sign it.  I had a chance to review the declaration

11  before I signed it and make corrections.

12      I declare under penalty of perjury in accordance with the laws of the State of

13  California and the United States that the foregoing is true and correct. Executed on

14  December _, 2015 at Oakland, California.

15

16                                                12/17/15

17  Firmwide:136856467.1 061603.1171                       Rebecca Chavez

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT  B

## DECLARATION OF CYNDE COPUS

I, Cynde Copus, declare as follows:

1.     I am over 18 years of age and competent to testify to the matters stated in this declaration.  I make this declaration based upon my personal knowledge.

2.     I am currently employed as a Store Manager by Dollar Tree Stores, Inc. at Store 3076 located in Redondo Beach, California. I was hired by Dollar Tree as a Store Manager in October 2011, and I began managing the Redondo Beach location around February 2012, after I completed my initial training period with Dollar Tree.  I enjoy working for Dollar Tree and have liked my job as a store manager.  Prior to joining Dollar Tree, I worked at Rite Aid for fifteen years, including eight years as a store manager.  When I was a working as a store manager at Rite Aid, I was a salaried, exempt employee. My District Manager at Rite Aid left to work at Dollar Tree and brought me with him, so I knew what to expect when I began working at Dollar Tree because I had worked with him previously.

3.     When I first started at Dollar Tree, I spent two or three months in the Manager-In-Training Program.  I trained at a very large Dollar Tree store in the Long Beach area. During my training, I learned how to conduct my duties as a manger, including how to keep track of my store's sales per earned hour, how to build an "AppleSeed," also known as a Daily Action Plan and a Cashier Daily Plan, how to delegate and assign tasks to my associates and assistant managers, how to oversee truck deliveries and bring in freight, and how to handle customer service issues.

4.     My store is open from 8:00 a.m. until 9:00 p.m. Monday through Saturday and from 9:00 a.m. until 9:00 p.m. on Sundays.   However, the store hours vary seasonally and are generally extended during the holidays.

5.     My store in Redondo Beach is one of the smaller Dollar Tree stores in the area.  Because my store is an older store and shares a shopping center with a grocery store, the store does not have a refrigerator or freezer section.   My store has four registers and eleven short aisles total.  As for staffing, I normally have a staff of nine

TLER MENDELSON, P.C.
2049 Century Park East
5th Floor
: Angeles, CA  90067 3107

associates and Assistant Store Managers total, but I currently have twelve people on my store roster because of the holiday season. I currently have three Assistant Store Managers, two stockers (and one more in training), and nine other associates on my roster. However, I made the decision to cross-train my stockers as cashiers as well so that I can schedule them for more hours each week. Because my store is small, we do not employ any recovery workers to clean and restock the store after hours. Instead, the closers each night recover and prepare the store for the next day.

6.     I know that other stores in the area are larger than my store, contain a refrigerator or freezer section, and have more associates on staff than my store. The store I trained at in Long Beach was a much larger store than my Redondo Beach store, both in size and staffing. Because of the difference in size, that Long Beach store is managed differently than my Redondo Beach store. For example, scheduling a group of 20-30 employees takes longer than scheduling a group of 9-12 employees; further, while I delegate many of the tasks that need to be done in my store, in a larger store, even more of the stocking and freight tasks are delegated to associates.

7.     Because my store is small and I only have three Assistant Store Managers on staff, I made the decision to cross-train each of my assistants to perform all duties of Assistant Store Managers. What this means is that each of my assistants is trained and able to work on and supervise receiving of goods, recovery and replenishment of the store, supervise the sales floor, and any other duties of an assistant. This makes the most sense for my store – if one of my assistants calls out, any of the others can cover for him or her. I decided to manage my store this way because it works best for me and I prefer to run the store with cross-trained assistants. My Assistant Store Managers are strong performers and take pride in the store and its' performance. I know that the store will be clean and recovered when I arrive at work in the morning, and I know that when I delegate work to my assistants, it will always get done.

8.     I also have a District Manager who oversees many of the stores in my area. My district just received a new District Manager. My new District Manager is

TLER MENDELSON, P.C.
2049 Century Park East
5th Floor
s Angeles, CA  90067.3107

slightly more "hands-on" than my old District Manager, who was a bit more "hands-off" in his approach.  For about six months before the new District Manager was assigned, my district did not have a permanently assigned District Manager.  My store receives a visit from the District Manager about twice a month.  During these visits, the District Manager walks through the store, helps us find issues that might exist in the store, and tells us what we are doing well and what we might be able to improve on.  These visits last about an hour at most – the District Manager just quickly walks the store to see what is going on and then leaves.  Additionally, I talk to my District Manager by phone anywhere between one and four times a week, depending on what is going on in the store.  Usually, the District Manager just calls to check in and see if there is anything I need, as a Store Manager, to help effectively manage my store. The District Manager might also call or email me to share information about current promotions, if another local Store Manager needs help or shift coverage in their store, or if there are extra hours or opportunities available for my Assistant Store Managers. The District Managers role is to provide me with the support I need to effectively manage my store.  However, because District Managers generally oversee a large number of stores, the District Managers trust that I and my fellow Store Managers are doing our jobs and duties and effectively managing our stores on our own.  In my experience, my District Managers have always provided me with a lot of lee-way to manage my store the way I want to do so. Even my current District Manager, who is more "hands-on," will only call and check-in to see if I need anything from her and to provide encouragement, and not to tell me how to do my job.

9.      As the Store Manager, I am the highest level manager in my Redondo Beach store and responsible for all the operations and performance of my store.  If problems come up at my store, it is on my shoulders, and I am the person who has to determine how best to deal with the situation.  I see myself as the "mom" of my store, and I supervise the store and my associates as if they are my kids.  Most of my team has been with the store for two years now, and we work together well and smoothly.

TLER MENDELSON, P.C.
2049 Century Park East
5th Floor
s Angeles, CA 90067.3107

My team knows what I expect from them, and generally performs their jobs and duties well. However, I take every opportunity to counsel my team on what they are doing well and what we can do better in order to maximize the store's potential.

10.   I would estimate that about 70% of my time each week working at Dollar Tree is directly related to managing my store and my role as the Store Manager responsible for overseeing overall productivity of the store. This includes tasks such as hiring, training, providing counseling and feedback to my employees, following up on and ensuring that tasks have been completed properly, reviewing and analyzing productivity reports, and overall supervision and management of the store, versus lower level tasks such as cashiering or stocking. I delegate most of the tasks that need to be performed in my store to my assistants and my associates. I use Dollar Tree's "AppleSeed" program to help me determine and plan out what tasks need to be done throughout the week. On Monday mornings every week, I develop Daily Action Plans for the entire week and brainstorm items that need to be completed each day that week. I believe that Dollar Tree encourages Store Managers to complete their Daily Action Plans on Fridays, but I choose to draft mine on Mondays because I have a better understanding of what the week looks like and what tasks might need to be performed throughout the week on Mondays than on Fridays. By developing action plans for each day at the beginning of the week, I can best delegate projects and utilize my staffing hours that week to make sure that the store is properly cared for. The Daily Action Plans can change or be added to throughout the week as other items or issues come up as well, and if an item is not completed on the day I had it scheduled on, it can move to the next day. I walk the store throughout the day to determine if anything new needs to be done or added to the Daily Action Plan, and revise the Plan accordingly. These action plans are really helpful, because when I come in every morning I can inspect the store to make sure that everything on the list for the previous day had been done and make sure that the store has been fully recovered. I can also note if any items on the previous day's Daily Action Plan have not been

4.

TLER MENDELSON, P.C.
2048 Century Park East
5th Floor
s Angeles, CA 90067.3107

completed or if certain tasks could have been better performed, and then follow up with my team to counsel them on how to better perform their tasks and duties.

11. In addition to the Daily Action Plans that I create every Monday morning, I create Cashier Action Plans every day for my associates, which set out the key tasks I expect them to complete that day. Because my team has been together for such a long time now, I generally do not need to review the tasks with my employees or walk them through what needs to be done and how, as they already have a good understanding of what I want and expect from them in each task. However, when I hire a new employee, I will spend time training them and explaining what needs to be accomplished with each assigned task.

12. Because most of my employees have been with me for over two years now, I haven't found it necessary to perform regular or formal performance reviews for my employees. Instead, I informally evaluate my employees daily based on their everyday performance and provide instant feedback to them on what they are doing well and what they could do better. Additionally, every three months I sit down with each employee, in my office, for an informal discussions regarding their performance and any concerns they may have regarding their employment. If I had to estimate how much of my day is spent evaluating my employees and providing informal feedback, I would say I spend about 30% of my day just on those tasks. However, I feel like I am providing and feedback to my employees all day long.

13. One of my regular duties each week is creating a schedule for my associates. Again, because most of my team has been together for over two years now, we have developed a schedule that works well for everyone on the team, the schedule does not vary too much from week to week. Even so, sometimes I do need to make changes to the schedule, and I will do so as needed. For example, while our trucks are scheduled to come in at 3:00 a.m. on Thursdays and Saturdays, sometimes the truck will come late or will be rescheduled to a different date, and I will make changes to the schedules to ensure that my freight team – including my freight

TLER MENDELSON, P.C.
2049 Century Park East
5th Floor
s Angeles, CA 90067-3107

1   manager and stockers – are on the schedule when the truck arrives.

2       14.   I also have responsibility and control over my store's payroll and

3   timekeeping. Every day, either myself or one of my Assistant Store Managers review

4   and approve that day's payroll to ensure that everyone has clocked in and out and that

5   there are no issues with their time. I then approve and submit the payroll every week.

6       15.   Additionally, as part of my ongoing duties, I review various store reports

7   and paperwork, including reports regarding the store's sales, reports drafted by the

8   Assistant Store Manager handling freight that detail new inventory arriving at the

9   store, and reports regarding cashier productivity to ensure that my cashiers are

10   meeting company standards.  Reviewing these reports help me in the overall

11   management of my store, as they give me information about what we are doing well,

12   what we can do better, and help me delegate upcoming tasks to my employees.

13       16.   I am also responsible for hiring employees for my store. I review all

14   applications and interview candidates myself, though sometimes I will have an

15   assistant sit in with me for an interview to get their input or to help train the assistant

16   on the hiring process. I have probably hired at least 25 associates in my time at Dollar

17   Tree. I do not need anyone to approve my decision as to who to hire as an associate,

18   and am free to hire my staff as I see fit. Additionally, I have significant input into

19   promotions within my store. For example, my Assistant Store Manager in charge of

20   freight has been out on an extended leave of absence. One of my other employees

21   took over many of her duties during that leave of absence. I indicated to my District

22   Manager that the employee who took on those extra duties should be promoted to an

23   Assistant Store Manager position, and the employee was promoted upon my

24   recommendation and request. Every time I have recommended an individual for hire

25   or promotion to an assistant position, my District Manager has followed my

26   recommendation.

27       17.   I also am responsible for the training of my associates. For example, with

28   the new training system provided by Dollar Tree, a trainee associate theoretically

TLER MENDELSON, P.C.
2049 Century Park East
5th Floor
s Angeles, CA 90067.3107

might be able to watch a training video and then get on the register. However, I believe that associates need a bit more hands-on and person-to-person training than what can be provided by a video. Thus, I will usually provide in-person training to the associate on how to use the register myself, or set them up with one of my assistants to provide a bit more training on the process. Additionally, I delegate the task of training new associates on how to handle freight and stocking items to my freight manager. However, I have the ultimate responsibility for ensuring that all my associates are trained on their duties, so I always follow up to make sure that new associates are fully trained and properly performing their duties. I check associates' work, and if a new associate is doing something improperly, I will re-train that person myself, and follow up with my assistant who originally trained him or her in order to make sure that they continue to fully and properly train associates in the future.

18.    I delegate many of the lower-level tasks in my store to either Assistant Store Managers or associates. For example, one of my Assistant Store Managers oversees the incoming freight every week when new inventory is delivered, and I generally do not perform any freight work myself. I also delegate the responsibility over maintaining the stockroom to one of my Assistant Store Managers. When I have extra time after completing my other management duties, I review the inventory in the stockroom to determine which items are beginning to pile up and what items can and should be moved out into the store. I will prepare "u-boats," or carts used to move merchandise, with items that need to be restocked, and assign the prepared u-boats to appropriate associates for restocking either that day or the next. Additionally, because my store is small and I am able to oversee store management while on the floor completing other tasks, I sometimes re-stock certain areas of the store myself when appropriate or necessary. I usually replenish the party section and the seasonal sections of the store, as these are my top-selling departments. I also ensure that the aisle endcaps are appropriately stocked. I delegate the re-stocking of all other departments to my associates. Some of the time I spend stocking items is also used to

TLER MENDELSON, P.C.
2049 Century Park East
5th Floor
s Angeles, CA  90067-3107

1   train my employees on how best to accomplish those tasks.

2       19.    I generally do not ring up customer sales on the cash register, but I will

3   sometimes serve as a backup cashier when necessary. I cover the cash register twice a

4   day for a total of twenty minutes when my employees are taking their 10 minute

5   breaks. Other than that, I will ring customers only when the store gets busy and the

6   line for the cashier gets long. On average, I probably spend about 10% of my time

7   total on the cash register.

8       20.    As a Store Manager, I set my own schedule. I generally schedule myself

9   to work from 7:00 a.m. - 5:00 p.m. on Mondays, Thursdays, Fridays and Saturdays,

10   and from 12:00 p.m. to 10:00 p.m. on Tuesdays. I am usually off on Wednesdays and

11   Sundays. I choose to schedule myself for opening shifts four days per week because I

12   like to come in before the store opens to inspect the store and ensure that the closers

13   properly recovered the store to my standards and expectations. I have on occasion left

14   early or changed my schedule, though I prefer not to do so if possible. When I do

15   need to change my schedule or leave early, I tell my District Manager so that he or she

16   knows that I will be gone. I cannot remember any occasion when my District Manager

17   would not allow me to change my schedule or leave early.

18       21.    I have given this testimony completely voluntarily and without any

19   coercion whatsoever from Dollar Tree or anyone else. I understand that a lawsuit

20   exists against Dollar Tree. I understand that the attorney who discussed this testimony

21   with me is Dollar Tree's attorney and that Dollar Tree's attorney does not represent

22   me or the individuals who brought the lawsuit. I understood that I did not need to

23   speak with this attorney and I did so voluntarily. I have not been coerced or

24   threatened in any way to provide this declaration. I was specifically told that I did not

25   have to be interviewed and that I did not have to provide any written statement. I had

26   the chance to review this statement before I signed it and make corrections I also was

27   specifically told that I could participate in the lawsuit and would not be retaliated

28   against in any way for doing so. Finally, I know that if I ever become a participant in

8.

1   the lawsuit, my interests will be opposed to Dollar Tree's interests.

2           I declare under penalty of perjury under the laws of the State of

3   California and the United States that the foregoing is true and correct.

4           Dated this 18th day of November, 2015 in Redondo Beach, California.

5

6

7

8                                                    CYNDE COPUS

9

10  Firmwide:136806478.1 061603.1171

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TLER MENDELSON, P.C.
2049 Century Park East
5th Floor
s Angeles, CA 90067.3107

EXHIBIT  C

# DECLARATION OF SEAN DOHERTY

I, Sean Doherty, hereby declare and state as follows:

1.      I currently am employed by Dollar Tree Stores ("Dollar Tree" or "the Company") as a Store Manager for the Dollar Tree Store located in Banning, California.   I have personal knowledge of the facts in this declaration and could competently testify to these facts if called as a witness.

2.      I have worked for Dollar Tree for a total of 13 years.  I started with the Company as an Assistant Store Manager ("ASM") at the Highland store.  I worked there for approximately one year before being promoted to Store Manager at the Alhambra store.  I was at Alhambra for one to two years and then transferred to the Store Manager position at San Dimas, where I opened the store.  After a year or two, I transferred to the Chino store where I worked for one to two years.  After Chino, I moved to the Rowland Heights store.  I worked at Rowland Heights for seven to eight years.  I then requested a transfer to the Banning store, where I have worked for the last year.  Banning is a small community where everybody knows everybody else. There are 3 little towns in the area and then nothing for 45 minutes until Palm Springs.

3.      I did not attend a training program before becoming a Store Manager at Dollar Tree.  Instead, I learned the Store Manager position while working on the job as an ASM.  As an ASM, I learned as much as I could from my Store Manager.  He spent a lot of time working with me and allowing me to do things on my own.  After some time, the District Manager asked me why I was working as an ASM and said "let's get you a store."  He basically dropped me in the deep end to see if I could swim by placing me as a Store Manager at the worst store in the district to see what I could do with it.

4.      Although I did not attend a formal Store Manager training program before I was promoted, Dollar Tree provided me with much training over the years.  I attended annual meetings for managers.  I also received training through Dollar Tree's online training program called iLearn.  Through that program, I took courses on topics

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

such as sexual harassment, hazardous materials, and how to use Dollar Tree's Appleseed documents, which are a set of documents that Store Managers can use to more effectively manage their stores.

5.     The Dollar Tree stores where I worked were different sizes and had different layouts.  The Alhambra store was extremely small in size, but had decent volume.  The Chino store was one of the largest Dollar Tree stores in Southern California.  It had a racetrack layout (with a main aisle looping around the store), lots of end caps, and lots of shelves.  It also had the highest sales volume of any of the stores I worked at.  The Rowland Heights and Banning stores were medium sized stores.

6.     At the Banning store, I have two full-time ASMs and one part-time ASM. The two full-time ASMs are my Merchandise Manager and Operations Manager.  My part-time ASM is an Operations Manager who is in charge of the front of the store.  I employ 10 to 13 associates and expect to hire a few seasonal workers to bring the total up to 15 or 16 associates.  The associates work as cashiers, stockers, or in recovery. However, I cross-train associates at my store to do multiple jobs so that they can cover other positions when needed.  For instance, I had a cashier call out and was able to have one of my stockers fill-in as a cashier.  I supervised about the same number of ASMs and associates at the Rowland Heights store.

7.     I currently report to District Manager Rik Willis.  Rik and I have a great working relationship.  He's one of the best District Managers that I have worked with. Mr. Willis is extremely knowledgeable about the business.  He gives me the freedom to run the store the way I feel is best, within Company guidelines.  The frequency of Mr. Willis' store visits vary depending on what is going on in his schedule. Sometimes, I see him a few times a month.  Other times, he's there only once a month.  However, he's available for me to reach by phone or email whenever I have a question.  My prior District Manager was Debbie Wiebe.  I also had a good working

relationship with Ms. Wiebe, however, her style was different than Mr. Willis'. She was more hands on and took a stricter approach.

8.      As the Store Manager, I am responsible for everything within the walls of the store. That includes managing operations, planning for the store, handling payroll, managing the freight coming in, and customer relations. My job is to plan, delegate, and follow-up on all activities within the store. My three ASMs help me in all of those areas.

9.      Each day for me is different. Mondays are primarily an office day. I go over the previous week's numbers and review and respond to emails. I estimate that 75% of my time on a Monday is spent in the office doing work. Fridays also are office days. That is when I do most of my planning for the week. I estimate that I spend 50% of my time on a Friday in the office. The rest of the week varies. I come in to work, check emails, and check on any information sent out by the corporate office. I check payroll and scheduling. Each morning, I walk the store. I see how recovery went the night before. I see what work needs to be completed that day. That includes checking to make sure that the freight made it out onto the floor. If there were any issues, I find out what those issues were and follow-up. I look for opportunities to boost sales in the store. The rest of the day, I go back and forth between the floor and the office overseeing the operations of the store and addressing issues depending on the needs of the business. I prepare the deposit and make a bank run. I also back up on the register on an as needed basis.

10.      I typically schedule myself to work 7:00 a.m. to 5:00 p.m. on Monday, Thursday, Friday, and Saturday. I work a closing shift on Wednesday from 12:30 to 10:30 because that is my delivery day. I schedule myself off on Tuesday because that is a down day at the store. I also work hours that are outside of my typical schedule and have the flexibility to come in early or leave early when I want to. For example, one day I came in at 4:00 a.m. so that I could work with the stockers. The stockers work overnight, so I usually only see them long enough to say goodbye in the

3.

morning. I think they like it when I come in to work with them and see what they are doing. Although I typically schedule myself to work on a Saturday, I have the ability to take off a full weekend. I just need to plan ahead and make sure that I have proper coverage. I typically take lunch breaks each day of 30 minutes or more. Sometimes I will leave the store to go grab something. Other times, I stay in the store. I take rest breaks whenever I need them.

11.     In addition to scheduling myself, I prepare the schedules for all associates at the store. Dollar Tree uses a system called Compass for scheduling. Compass suggests schedules for cashiers and I populate the schedules for the ASMs, stocking associates, and recovery associates. However, I often switch around the cashier schedules depending on factors such as my payroll for the week or if I need extra coverage in a different department. For example, if it is a holiday week, I might reschedule a cashier from a slower day to a busier day. Or, if I have reduced payroll hours for a week, I might decide not to schedule an additional cashier on a day that an ASM and I both are in the store and instead have my ASM cover the register. I usually increase my staff on delivery days.

12.     When I am scheduling, availability is my top consideration. Many of my employees have a second job, so I need to make sure to schedule around that. I try to be fair to my employees and don't give the same associates the same time slots every day, except for availability reasons. I also handle associate requests for time off. I believe that everyone at my store works hard and that they should have time to enjoy things that they want to enjoy. I typically don't deny a request for time off.

13.     As the Store Manager, I complete Daily Action Plans for my ASMs and then follow-up to make sure that things have been done. My morning walk is crucial to my planning. That's where I see everything that is going on in the store. When preparing the Daily Action Plans, I schedule certain tasks that I want to see done. For example, I have certain responsibilities that I may want my morning cashier to do. The ASMs can add things on top of that depending on the needs of the store.

4.

However, things can fluctuate from the Action Plan during the week. For example, I assigned an ASM to do a project on a certain night, but he couldn't get to it because our sales were so high and he needed to help at the register. I also prepare Cashier Plans, Daily Recovery Plans and Daily Stocker Plans, which are given out to the associates. Sometimes, I assign my ASM the task of preparing the Cashier Plan. I spend about an hour and a half each day walking the store and preparing action plans.

14.  I monitor the performance and productivity of associates in my store in different ways. For cashiers, I go through a cashier statistic report on a daily and weekly basis. That shows me the cashiers' average sales, line item voids, returns, over/shorts, and other information. Sometimes, I post the information so the cashiers can see how they are performing. Stockers have a productivity sheet to keep track of how many units they are producing. We post this in the stocker station so they can see how much they got done and what did not get done.

15.  If an associate is not performing up to expectations, I try to find a way to improve their performance. I have one of my ASMs work with the associate and re-train them. If that doesn't work, I may try training them in another position. For example, I may try a cashier on the stocking team, and vice versa. Sometimes, the job just isn't a good fit. If a cashier has problems getting their money right, they will not be successful as a cashier.

16.  I, along with my Freight Manager, handle merchandising at the store. Dollar Tree provides managers with Seasonal Planners to use as a guideline. I tend to follow the Seasonal Planners because it makes my life easier. However, there are times when I do things differently from what is in the Planner. For example, the current Planner calls for Christmas items. After consulting with my District Manager, I decided to hold off and instead have Thanksgiving items in the seasonal section of my store. Also, sometimes, the merchandise in the Planner is not in my inventory or we have sold out of it. On those occasions, I find something else to go on the shelves.

I try to keep the same concepts going, but use everyday merchandise, such as plain paper plates and cups, rather than the seasonal merchandise.

17.    With respect to end caps (the merchandise at the end of aisles), the Planner provides me with a style that the Company is looking for, but it's up to me as far as what merchandise actually goes on the shelves.  I make decisions on products what to stock based on what I have in inventory.

18.    I do the ordering for the store 4 to 5 times per week.  To do the ordering, I sometimes print out the order book and walk the floor.  However, I know my store pretty well, so other times, I just sit down and zip through the order book to see if there is anything neat and exciting in there to order.  Other times, I will just order for a particular department.  When I do the ordering, I am looking for items that I know I can get in and sell quickly.  If I already have 3 cases of a product and it's not moving, I will not order more of the product.  I also make sure that the physical inventory in the store matches the inventory in the computer system.  If things are out of whack, I put in a request for a cycle count.  If a customer is looking for a particular item, I will call around and see if I can locate the item for my customer.

19.    As the Store Manager, I prepare and review paperwork for the store.  I put my playbook together, which is a binder containing all of the numbers of the business.  On Mondays, I review Key Performance Reports (KPR) to see how the store is doing that week versus the previous week and that year versus the prior year.  That information goes into my playbook.  I look at an ordering scorecard to see what departments are high/low on volume.  I look to see which items are the best sellers (usually food, snacks, and housewares) so that I can make sure to replenish those items first.  The reports help me to determine where I need to focus with my freight.  I review reports on what the stockers stocked for the week and cashier statistic reports.  Before processing payroll, I review associate hours on a time clock worksheet to make sure that they have recorded their hours properly.  I prepare bank deposits.  I also check and respond to emails and distribute information to ASMs and associates.

6.

20.     One of my responsibilities is to minimize shrink at my store. I do this in several ways.  I try to make sure that cycle counts are correct so that I have an accurate count of how much product is in my store. I try to minimize damaged goods by repairing everything that I possibly can. I check the trash to make sure that nothing is being thrown away that should not be.  I have my staff watch questionable customers that come into the store.

21.     I try to handle all the customer complaints at my store.  If I am not at work, one of my ASMs can step in for me.  However, if they can't handle the issue, I have them refer the customer to me.

22.     I hire all the associates at my store.  We have a window sign and display indicating that we are hiring.  I always am taking applications so that I have a pool of applicants on file if we need someone right away.  If I need to hire someone, I review applications and select candidates for interviews based on availability and experience. I interview candidates and choose the person who I think will best fit at the store.  It is important that the person fits the Dollar Tree brand.  Availability also is important.  I estimate that I have hired 10 to 15 associates since I have been at the Banning store.  I recently lost a few associates, so am in the process of hiring more.  I probably hired 50 associates in total during the time that I was at Rowland Heights.  I also make recommendations to my District Manager on who to hire as ASMs at my store.

23.     I train the new associates that I hire.  When a new hire starts, I go over with them Dollar Tree's policies and procedures and answer any questions that they may have.  They spend time on Dollar Tree's online training program, iLearn.  After they complete online training, one of my ASMs or I will spend time showing the new associate the job.  For example, if the new hire is a cashier, I work with them on the register for a period of time and then leave them with one of my more experienced cashiers for further training.  The new hire starts by mirroring the other cashier.  After some time, the cashier will leave the new hire on his or her own, and be available to help with questions.  I'd estimate that it takes about 48 hours to train a new associate

7.

depending on their level of experience and how quick they are to catch on. However, training isn't a one-time process. I am constantly training and teaching associates on how to perform their jobs better.

24.   I discipline and terminate associates at my store. Most of the time, I discipline associates for violations of policy such as a no call/no show or for cash shortages at the register. I do not need approval from anyone to counsel store associates. However, in situations where I am disciplining an ASM for performance reasons, such as failing to take a deposit to the bank, I typically get input from my District Manager. Fortunately, I have not had to terminate many associates. I estimate that I terminated one associate at the Banning store and 2 to 3 associates at the Rowland Heights store. When I want to terminate an associate, I usually make a recommendation to my District Manager and Human Resources and get their approval before terminating. I always have received approval when I wanted to terminate someone.

25.   I understand that Dollar Tree expects that I spend 35% or less of my time receiving product, distributing product, stocking product, and cashiering. I believe I spend less than that amount of time on those tasks. Rather, I'd estimate that I spend over 70% of my time each day on management work.

26.   I do not do any offloading of freight. My freight manager and freight team handles all of that work. The only time I would handle freight is if my freight manager was sick and called off. My role with respect to freight is to work with my freight manager to plan the delivery. We go through the work order book, see how many items we will be receiving, plan how many U-boats we need (carts for transporting freight from the stock room to the floor), and see how much space we have so the team can process the truck properly.

27.   The only time I cashier is as a backup. If there is a long line of customers, I will go help out for a short period of time, and then hop off. I also may cover the register for breaks and lunches if there is not an ASM in the store. I

8.

estimate that I spend up to 30 minutes to an hour each day jumping off and on the register.

28.    I sporadically will do stocking at the store. I don't do it every day, but will jump in to help out on an as needed basis. For example, I might jump in to help my team push out seasonal merchandise on the floor. Or, I may focus on one particular end cap. Oftentimes, I am not stocking, so much as resetting things on the shelves to get them the way that I want them to look.

29.    I receive my paycheck by direct deposit. I typically print out my pay stubs from the register. If I need copies of my pay stubs for a block of time, I can request those from payroll. In the past, I have requested copies of pay stubs from payroll and they emailed them to me.

I declare under penalty of perjury in accordance with the laws of the State of California and the United States that the foregoing is true and correct.

Executed on November 21, 2015 at _____Banning_____, California.

_____
SEAN DOHERTY

Firmwide:137049767.1 061603.1171

9.

EXHIBIT  D

## DECLARATION OF JERRY HAYHURST

I, Jerry Hayhurst, hereby state and declare as follows:

1.     I am currently employed by Dollar Tree Stores as a Store Manager for the Dollar Tree Store located in South San Francisco, California on El Camino Real. I have personal knowledge of the facts in this declaration and could competently testify to these facts if called as a witness.

2.     I started working at a supermarket chain in Arizona called Smitty's. It was like a SuperWalmart. I started as a bagger and worked my way up to Grocery Manager. After I moved to California, I worked for a wholesale company like Costco, but for businesses. As a result, prior to working for Dollar Tree, I had a lot of experience in management and running high volume fast-paced business.

3.     In April 2011, I started at Dollar Tree as the Store Manager for Dollar Tree's store in Hollister, CA. I worked at Hollister for 2 months, then Dollar Tree moved me to Salinas where I was the Store Manager for a year. After Salinas, I was the Store Manager at Dollar Tree's Santa Cruz store for 2 weeks during a transition between Store Managers, and then the Store Manager in Gilroy for 3 months.

4.     Hollister was a small store, 4,000 square feet, with $25,000 to $30,000 weekly gross sales. The Salinas store was a 15,000 square foot racetrack store with $55,000 weekly gross sales. Dollar Tree transferred me to Salinas because it was a broken store. Salinas had $100,000 of product in the back room, high shrink and the store was messy. In addition, the Store Manager had been absent on disability and there was high turnover with Assistant Store Managers (ASMs).

5.     I fixed Salinas by implementing Dollar Tree processes, reducing inventory, cleaning the store, lowering shrink and improving sales. When I arrived at Salinas, most of the associates were new and 2 out of the 4 ASMs were brand new. I was new to Dollar Tree as well. So we were all learning the Dollar Tree processes at the same time. I used the Appleseed processes for freight and stocking. It took me 2.5 months to reduce the inventory at Salinas. I also trained the ASMs and all of the

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619 232 0441

1    associates to pick up any messes as they walked around the store.  I added another
2    evening recovery associate to help keep the store clean.  To reduce shrink at Salinas, I
3    kept tabs on the back rooms, monitored cashiers, and checked registers.  As the
4    product got onto the sales floor and the store got cleaner, the customer count started to
5    increase.  Once customer count increased, then sales increased.  Also, when customers
6    praised the store, I made it a point to tell the associates to take that praise personally.
7    To take pride and ownership in their store.

8        6.    I was the Store Manager in Gilroy for 3 months.  Gilroy was a 7,000
9    square foot lower volume store with $23,000 in weekly gross sales.  While Gilroy was
10   not broken, the store conditions were not optimal.  The backroom at Gilroy was not
11   too full, but the stockers did not know how to merchandise product.  I trained stockers
12   on how to stock correctly by pairing like items together and putting things where they
13   were supposed to go.  For example, not putting chemicals in the food aisle.  Mainly I
14   helped to get Gilroy organized by working with the ASM who had no Store manager
15   for half a year.  After I was the Store Manager at Gilroy for a month, we started
16   earning the bonus based on store sales.  When monthly store sales grow a certain
17   percentage above the prior year's sales, then members of the store management team
18   earn a monthly bonus.

19       7.    I started in South San Francisco in 2013.  While the store was not broken,
20   there were management issues.  For example, there were ASMs who were not
21   qualified to be part of store management.  Sales and customer count were low.  South
22   San Francisco had not bonused since 2009.  During the first six months at South San
23   Francisco I worked with the ASMs, if they did not show improvement, then I
24   terminated their employment.  In 2013, South San Francisco earned a monthly bonus
25   3 times.  In 2014, South San Francisco earned a monthly bonus 3 times and this year
26   South San Francisco earned a monthly bonus 7 out of 9 months.

27       8.    Prior to being the Store Manager at Hollister, I trained for 8 weeks at
28   Blossom  Hill  in  San  Jose.    I  learned  Dollar  Tree's  methods  for  payroll,

2.

merchandising, freight processes, frozen food processes and asset protection.  I understood payroll and merchandising because of my prior grocery experience, I just had to learn Dollar Tree's processes.

9.    To be a successful Store Manager, you have to know payroll and freight. Payroll is the budget of personnel hours for the week in the store.  I am also Store Manager trainer.  When I train new Store Managers, I teach them to understand their weekly payroll budget.   The way I manage my weekly payroll budget is by understanding my weekly sales trends.  So I can have a slow sales day during the week but not send associates home because I evaluate my payroll budget against my weekly sales.  For example, Mondays are a slow sales day, but we use a lot of payroll hours because I have a lot of stockers in the store processing the freight that arrives Sunday night.  So I offset my Monday payroll hours by scheduling a smallish crew to work on Sunday.  The payroll hours I save on Sunday pay for Monday.  As another example, the other week, my Store Manager trainee pointed out that by Friday afternoon, I was 45 hours over my payroll budget.  In response, I told her that I was going to add another cashier, which would add 6 more payroll hours, meaning I would end Friday 51 hours over budget.  However, once my Saturday sales came in, I ended up finishing the week under budget.  This was because my weekly sales were so strong, by Friday, when I added the cashier, I knew where my sales were trending. Typically, I will not cut the staffing in the store based on my payroll budget until Thursday or Friday, which is when I have a sense of my weekly sales.

10.    With respect to freight, as a Store Manager, I have to train my stockers on how to stock and how to be productive.  Due to my prior grocery experience I stock very fast, so I teach my stockers how to stock fast by stocking with them and setting an example.  I also use Dollar Tree's Appleseed, which is made up of different parts.  The daily planner is what the Store Manager wants done each day.  There is a cashier daily planner, a recovery daily planner and stocker productivity sheets.  The

1  stocker productivity sheet tells stockers what to do and holds them accountable for
2  their productivity.

3      11.   Currently, at South San Francisco, my Merchandise Manager
4  transferred here from a small volume store. This is his first Christmas at a large
5  volume store. So I am teaching him that his preparation for receiving trucks will
6  make or break him. At South San Francisco our deliveries come at night, and for
7  Christmas we will have 2 trucks at night. I have showed him that he needs to get half
8  of the truck inventory directly onto the sales floor before the truck leaves.

9      12.   My current South San Francisco store is open from 8:00 a.m. until 10:00
10  p.m. Monday through Saturday and from 8:00 a.m. until 9:00 p.m. on Sundays.

11      13.   As the Store Manager, I am the highest level manager in the South San
12  Francisco store and am accountable for efficiently and effectively managing the
13  store's overall performance. My South San Francisco store is one of the top 5 gross
14  sales stores at Dollar Tree. Weekly gross sales range from $97,000 to $113,000 per
15  week and our annual gross sales is around $5 million. South San Francisco is a high
16  sales volume, average sized store. The store is 8 aisles, straight up and down which
17  make it easy to stock. It is also easy to keep clean because you can see from the front
18  of the store to the back of the store, so mess is easily visible. We receive 2 trucks a
19  week and also receive trucks for frozen food deliveries 2 times a week.

20      14.   At South San Francisco, I manage 4 full-time ASMs and I have turned
21  over the ASM team twice. When I first came to South San Francisco, I had to retrain
22  the ASMs and terminated any ASMs who did not improve. With the second group of
23  ASMs, we had asset protection issues. Now I have a new group of ASMs, 2 came
24  from smaller stores, so they are getting used to working in a high volume store. There
25  are typically 38-39 associates at my store. With the holidays, I currently have about
26  50 associates. I currently have 14 stockers, 6 of whom are seasonal and will only
27  work at Dollar Tree until January. I have 4 recovery associates and 14-15 cashiers

28

4.

(some of the cashiers are seasonal as well).  South San Francisco also has a janitorial service that comes at 6:00 a.m. to sweep and mop the floor Monday through Friday.

15.  My District Manager is Manny Maciel.  He visits South San Francisco 2 to 3 times a week for 10 to 15 minutes.  We walk the store together and then he leaves.  When he is at the store, Mr. Maciel will talk to me about what is coming up and what I need.  I only email Mr. Maciel when I need something or if I want to remind him about something.  For example, there are a lot of new Store Managers in our district, so I may remind Mr. Maciel to tell the Store Managers something.  All of my District Managers have given me the freedom to manage my stores.  They may give me advice, but for the most part, I manage the stores the way I want.

16.  As the Store Manager at South San Francisco, I do not work a Dollar Tree schedule.  I grew up working at supermarkets where I was required to work 12 hours a day for 5 days a week and then 8-9 hours on Sundays.  At the wholesale company, I also worked 6 days a week.  When I started at Dollar Tree and only worked 5 days a week, I did not like it.  So I started working half a day on Sundays, starting at 7:00 a.m. and working until noon.  During the week, I typically work 5:00 a.m. to 5:00 p.m.  This is my choice.  Dollar Tree does not require me to work these hours.  I could work 7:00 a.m. to 5:00 p.m. if I wanted to.  Normally, I take Wednesdays off during the week.  During the Christmas season, my hours stay the same.

17.  I do not like to eat during the day, so when I first started at Dollar Tree, my District Manager scolded me for not taking breaks.  She told me that I have to set an example and take a 30 minute lunch break.  I still do not take a 30 minute lunch break because I do not like to eat.  But I will take a break and sit in the office for 10 to 15 minutes every 2 hours or so and drink a Diet Coke.  So I probably take 5 to 7 breaks a day.

18.  As the Store Manager, I am responsible for ordering new merchandise for my store.  About 70% of store inventory is automatically ordered once it has been

5.

scanned by a cashier.  The remaining 30% of store inventory is ordered manually.
Recently, Dollar Tree opened up the order book so I can order more grocery, snacks
and party supply products for the store.  South San Francisco has a large snack area
and previously Dollar Tree limited my maximum orders so the shelves were not as
full.  Now I can order more product, make the shelves fuller and sell more.  My
Merchandise Manager also knows how to order store products.

19.    I also order frozen foods twice a week.  For frozen food, while I have to
order a minimum of 85 cases, I decide what products to order and what amounts based
on what sells in my store.  Based on my experience with grocery, I try to order so all
of the frozen food goes into the freezers on the sales floor and in the back room the
only products I stock are pizzas and garlic bread, which will sell out before the next
frozen delivery.  I do not want any frozen food products stored in the back room for
more than 1 month.  I am teaching one of my ASMs how to order frozen foods so that
he can get more involved and so I can go on vacation.

20.    My job duties also include supervising the store to ensure appropriate
merchandising.   Dollar Tree provides detailed product planners for the stores.
However, early on at South San Francisco, I had a Dollar Tree corporate visit and they
looked at my merchandise and told me that even if the planner instructed me to have
the merchandise displayed one way, if that way did not work for my store, then I
should make a change.  As a result, I tend to follow Dollar Tree's merchandising
planner about 50% of the time.   Otherwise, I make merchandising decisions
depending on the product I have in the store and depending on what products go well
together.  In the front end of my store, I like to keep it open and clean because of the
high level of foot traffic.  At South San Francisco I have 34 end-caps.  There are some
end-caps that Dollar Tree mandates, for example, at this time of year, all of my front-
end end-caps are required to have Christmas products.  However, I have the authority
to determine the merchandise in the rest of my store's end-caps.

21.   When I come in to work in the mornings, I check the seasonal area to see how it looks.   Then I go to the office and check sales and the payroll budget. Afterwards, I find the Merchandise Manager to see how much freight is left to stock. At South San Francisco, the truck arrives at midnight, the Merchandise Manager and stockers will work until 6 a.m.   So at 5:00 a.m., the Merchandise Manager and the stockers are still at the store.   I check on the stockers, see how much is left, and ask them what they will work on tomorrow.   After checking on the stockers, I check my emails.   If it is a day to order frozen products, then I will spend time with the frozen stockers to see how things are going and check on the condition of the freezer section. We order frozen foods at 7:00 a.m.   Once the opening manager arrives, I meet with that individual to discuss the plan for the day, and make sure the cashier's daily planner is done.

22.   As long as my store has a Merchandise Manager, I do not unload the truck.   Last year there was a period when I terminated the employment of my Merchandise Manager, and for 4 months, I had to manage the night crew as it unloaded the trucks.

23.   For terminating associates' employment, I recommend employment termination to my District Manager and he will usually follow my recommendations. If an associate is not working out, my preference is to take the earliest opportunity to terminate their employment.   Otherwise, I feel that it is just prolonging the problem.

24.   I give performance evaluations to my ASMs.   If I want to promote an associate, I make the recommendation and my District Manager will follow my recommendation.   Recently, I recommended a cashier be promoted to ASM in the front end. I also recently told my District Manager that I would spend less time at the store because my ASMs cannot grow if I am at the store.   Lately, if someone calls me about a store issue, I will delegate it to the ASMs to empower them in their management role.   In terms of discipline, I mainly write cashiers up for cash shortages.   I may issue a write up 1 time a week.   If a cashier has a shortage under

7.

$20.00, I will complete a corrective action.  If the shortage is over $20.00, I will inform the District Manager.

25.   For hiring, I do open interviews on Mondays, from 9 a.m. to 11 a.m. When someone turns in an application, I do a quick 2 minute interview to find out their hourly rate, experience, and tell them what positions are available.  I have trained my ASMs to do the same interview if someone gives them an application.

26.   If I hear a Store Manager complain that they spend too much time cashiering, unloading freight and stocking, I think that is poppycock and the Store Manager is wasting their time. *I spend 55% of my time managing, etc.* At South San Francisco, I am the most senior employee in the store and I am responsible for managing the store and ensuring the store's financial success.  While I do not have to do things like stocking or cleaning, I will stock or clean to train and set an example for my associates.  I also like stocking, so there is one section of the store in the front of the store near the cashiers that I take responsibility for stocking.  After 11:00 a.m., all of the stockers are gone for the day, and there are only front-end associates in the store, the cashiers plus the front-end ASM.  From the section of the store that I stock, I can keep track of the cashiers and the front-end ASM.  I am also within voice-range so I am quickly available for any customer situations that require a Store Manager.  I can also monitor customer service and also help prevent loss prevention.  If I cashier, I will cashier on average 1 to 2 hours a day.  I only cashier if there is a line at the registers.  The register I like to use is the "back" register.  From there, I can see the front end of the store, so if there is a problem that requires a Store Manager, I can deal with the problem.  Any time that I spend stocking or cashiering is my choice, and not required by Dollar Tree.

8.

1    27.    I am voluntarily choosing to sign this declaration.  No one told me I had

2  to sign it.  No one pressured me to sign it.  I had a chance to review the declaration

3  before I signed it and make corrections.

4    I declare under penalty of perjury in accordance with the laws of the State of

5  California and the United States that the foregoing is true and correct. Executed on

6  December 17, 2015 at South San Francisco, California.

7

8                                    Jerry Hayhurst

9  Firmwide:137482893.1 061603.1171

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT  E

# DECLARATION OF BETTY LACEY

I, Betty Lacey, hereby state and declare as follows:

1.     I am currently employed by Dollar Tree Stores as a Store Manager for Dollar Tree Store number 3885 located in Long Beach, CA. I have personal knowledge of the facts in this declaration and could competently testify to these facts if called as a witness.

2.     I have worked for Dollar Tree since 2008. I began working for Dollar Tree in Nevada, and worked in stores in Sparks and Reno before moving to California. When my husband received a promotion and a transfer to the Los Angeles area, Dollar Tree transferred me to a new store that was opening in Cerritos. After about three months, I was transferred to the Santa Ana/Bristol Dollar Tree Location, and then eventually the Long Beach location I am at today.

3.     Before I joined Dollar Tree, I worked for Ross Stores as a manager and trainer for about 10 years. I also worked as a manager at Macy's for about five years. I was classified as an exempt employee by both Ross and Macy's.

4.     My current store in Long Beach is open from 8:00 a.m. to 10:00 p.m. It is a large volume store, is about 9000 square feet total, and contains a freezer section. The Santa Ana/Bristol location I worked at previously was even larger than my current Long Beach store and was also open from 8:00 a.m. to 10:00 p.m., but did not have a freezer section. The Cerritos store is the smallest Dollar Tree store I have managed, is only open from 9:00 a.m. to 9:00 p.m. However, because I opened the Cerritos store myself, I was able to hire and train my staff at that store to my expectations and standards from day one, whereas it took me longer to reach that level at my other stores. The stores I managed in Sparks, Nevada was larger than any of the stores I managed in California. Because I have worked in a wide range of stores, I understand the differences that exist in managing larger, medium, and smaller volume stores.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

5.     My typical non-holiday schedule is to work from 7:00 a.m. to 5:00 p.m. on Mondays, Tuesdays, Fridays and Saturdays, and from 12:00-10:30 on Wednesdays and take Thursdays and Sundays off, except the first weekend of every month which requires me to work Saturday and Sunday. I make my own schedule, and I choose to come in early because I like to inspect the store before it opens and ensure that all of the tasks I set out for my staff the day before were completed properly. I know I can choose to leave earlier if I finish all my work for the day, but I often decide to stay at the store even if I have finished all my own tasks so that I can continue to encourage my staff and lead by example, and because I know that it will benefit my store and its sales if I continue to train and provide feedback to my team rather than leave early. I also take a lunch break every day. I'll eat my lunch, which I bring from home, in the back room, during a calm time before our busy hours for the day (which are generally after the local schools let out). I will also step out of the store for 10-15 minutes as needed to get some fresh air, or sit in my car or the back room to rest as needed.

6.     As the Store Manager, I am ultimately responsible for the performance and operations of my store. I estimate that about 80% of my time is spent working at Dollar Tree relates directly to managing my store and my role as a leader and manager, including developing weekly and daily action plans, analyzing various reports regarding sales, productivity, and store performance, ordering merchandise as needed, supervising, hiring, scheduling, counseling (formally and informally), training (formally and informally), motivating and encouraging my employees, and setting goals and expectations for my employees (and following up on these expectations).

7.     Further, in addition to my duties as a Store Manager, I also serve as a Model Store Trainer for my district for about three years. I probably train 1-2 managers every other month, for a period of 5 weeks each. When I have a trainee at my store, I probably spend about 80% of my work time solely on training that person how to run their own store. As a Model Store Trainer, I provide hands-on training to new Store Managers on Dollar Tree policies and procedures and how to perform their

2.

1   management functions. For example, one of my roles as a trainer is to teach Store

2   Managers how to read and analyze performance reports in order to understand their

3   own store's business and to ensure that they understand how to optimize their store's

4   selling potential. I also train new managers on how to oversee and manage freight

5   deliveries and their stock room, and on how best to train, lead, and manage their

6   employees. Much of the training is focused on effective planning and time

7   management and how to delegate low-level tasks so that the manager can focus on

8   their role as a Store Manager. I have trained about 18 Store Managers in the three

9   years since becoming a Model Store Trainer. The training module usually includes

10  about four weeks of hands-on training for the new Store Manager, and then in the fifth

11  week I turn over my store's keys to the trainee to run the store himself or herself. In

12  the fifth week, my role is to guide and observe the trainee so that I can provide an

13  assessment to the District Manager as to whether the trainee is prepared to take on his

14  or her own store at that point in time.

15      8.    I manage about 22 employees at my current Long Beach store, including

16  two full time Assistant Store Managers and one part time Assistant Store Manager. I

17  usually hire at least 6-7 more employees for the holidays. I managed between 28 and

18  30 employees at the Santa Ana/Bristol store, including two full time Assistant Store

19  Managers and one part time Assistant Store Manager, and hired an extra 10-12

20  employees for the holidays. I only had about 12 employees when I was managing the

21  Cerritos store, including one full time and one part time Assistant Store Manager. In

22  Sparks, I managed about 40 employees. While some of my employees primarily work

23  as stockers, almost all of my employees are cross trained as cashiers and as recovery

24  workers as well so that they can perform backup cashiering and recovery as needed.

25  Currently, I have one employee who is not cashier-trained. She is not a strong English

26  speaker, so I chose not to require that employee to train as a cashier.

27      9.    My Assistant Store Managers are all cross-trained to perform all assistant

28  duties, such as freight, recovery, and replenishment. However, each of my assistants

3.

has a specific role that they fill at my store. I typically have two operations managers – one full time and one part time – who oversee the sales floor, serve as closers and ensure that the store has been recovered nightly. I also have one full time merchandise manager who is in charge of planning and receiving the weekly freight delivery truck, and executing the transfer of merchandise from the truck to the stockroom to the sales floor.

10. I have a great working relationship with my Assistant Store Managers, though my current assistants are new to the job and are thus still learning how to perform their duties. I recently promoted two of my associates, who had been with me for two years, to assistant positions, and received a transferred assistant from another store as well. As my assistants are all either new to me or new to the job, I am still in the process of training them on how to perform their duties efficiently, effectively, and to my standards. For example, while I usually would not come into the store to meet the weekly delivery truck, my merchandise manager is new to my store and still adjusting to my expectations. During the first week in which he served as my merchandising manager, I noticed when reviewing my reports and the stores that it was not as productive of a freight day than most weeks, and far fewer boxes were processed than usual. I asked the manager and other employees working that morning why they were less productive that day, and I learned that the manager was not properly leading and motivating the team. Thus, I have been coming into the store with the merchandising manager when the truck arrives on Tuesday mornings to help train him on how to effectively plan the freight delivery, receive merchandise, transfer that merchandise into the stores, and lead and manage his team. One of my roles as a Store Manager is to teach my Assistant Store Managers how to be good leaders so that I can delegate tasks to them and other employees and remain confident that those tasks will be completed. Thus, I am constantly providing feedback to my Assistant Store Managers throughout the day to improve their management and leadership skills. As my assistants are still new to their positions, I find myself providing them with a lot of

4.

feedback on how to step up to their leadership roles rather than stay in their old
associate roles.

11.    I believe that having a well trained staff of hardworking employees is
essential to having a properly managed store, which is why I spend so much of my
time training, counseling, and providing feedback to my employees.  As a manager, I
aim to fill my store with the right type of people so that I can comfortably delegate
work to my employees with the confidence that the work will get done and will get
done well. I make a plan in advance every week and assign certain tasks to employees
or my assistants; if those tasks do not get done timely or properly, that greatly affects
my own job and time management because I need to spend time getting to the root of
why an assignment went uncompleted and then fix the problem.  For example, if a
task that I delegate to my assistant is not completed, then I need to find out why the
job went unfinished.  The assistant might tell me that the cashier on duty was working
slowly, and thus, she had to spend time as a backup cashier.  This would require me to
identify and solve the root problem. That cashier might need further training to
become more efficient at that position.  Alternatively, the store might have been busy
at that cashier's shift, and I might need to change the schedules in the future to ensure
that a stronger cashier is scheduled during that shift (and the slower cashier is
scheduled during a slower shift).  My job as the Store Manager is to determine the
underlying issue and ensure that the problem is solved going forward.

12.    Most of my day is spent training, counseling, and encouraging my
employees.  When training my employees, I always try to lead by example and show
my team how to perform their job duties efficiently. My motto for training is "teach,
tell, show, do, make adjustments, follow through."  I use this motto myself and teach
it to my trainee-managers as well. For example, I almost always delegate lower-level
stocking functions (*i.e.*, putting merchandise out onto the sales floor) to my
employees.   Often, when I assign an employee (especially a newer employee) a
stocking job, I will begin the stocking process with that employee in order to set the

5.

pace and show them, in real time, the best and most efficient method for stocking that area or product. After a few minutes, I will leave the employee to complete the task by himself, coming back every once in a while to check on his progress, and making adjustments as needed. I will also sometimes adjust my training and feedback methods on a person-by-person basis, depending on how that person reacts to my feedback. The same process does not always work for everyone, based on their personality traits, and my job is to find the best way to train and encourage each individual on my team.

13.    Because I spend time providing this hands-on training and lead my team by example, after some time, my seasoned team of employees understands my expectations and the pace at which they should work, and I can assign tasks to my team, leave them to complete the tasks, and have the confidence that the tasks will get done properly without my immediate supervision. When I have a well-trained staff, I can also team together a new employee with a seasoned employee who already understands my expectations so that the new employee can learn from someone more experienced. I have many other management duties to complete, so taking the time to make sure that my team is properly trained from the beginning helps me complete my other duties in the long-run, as I can later delegate tasks with confidence.

14.    In addition to training and counseling, I spend time encouraging and motivating my team so that they know that their hard work is appreciated. For example, I have developed and implemented "Good Deed Cards" in my store, which is a way to give positive feedback to my employees. An employee can earn a Good Deed Card, for example, by performing well or getting a customer compliment. I post the Good Deed Cards in the stockroom. Additionally, the employee's name is entered into a monthly drawing for a small prize, like a cup of coffee. This is something I learned from my prior experience as a retail manager, and I decided to implement it in my store at Dollar Tree in order to provide positive experiences for my employees.

15.    I prepare the weekly schedule for my staff every Monday morning. It can take me two or three hours to prepare the schedule, as I need to make sure that I

have covered all shifts, have accounted for enough time to complete tasks that need to
be completed each week, and have the right employee in the right shift based on their
abilities.  When I was managing the smaller Cerritos store, it took less time to prepare
a schedule, because I was generally able to carry over the schedule from the prior
week from week to week with minor changes.  At a larger volume store like my
current store in Long Beach, though, because of the differences in staffing, busy
hours, and quantity of merchandise, a manager must spend much more time perfecting
the schedule each week.   Dollar Tree's scheduling system provides me with a
proposed schedule based on statistics regarding busy hours and peak sales for my
store, and I usually do not alter the system's suggested shift times. Instead, my time is
spent determining the best person to work each position in each shift to maximize the
store's productivity and sales potential, based on each individual's strengths and
weaknesses.  For example, I ensure that my strongest performing cashier is working
during busy hours.  I also make revisions to the schedule throughout the week.  For
example, if an employee calls out, I need to determine the best person with availability
to fill that shift.  Additionally, I monitor my sales per employee hours each week to
ensure that we are meeting sales goals, and adjust the schedule to either increase or
decrease employee hours depending on each days' sales.

    16.    Every Friday, I plan for the tasks that need to be completed in the
upcoming week. I prepare Daily Action Plans, which identify tasks that need to be
completed each day of the week, Cashier Action Plans, which delegate specific tasks
to each cashier on duty that week, and Daily Stocker Productivity Plans, which tells
each stocker the merchandise they are responsible for processing and re-stocking
during their shift.  I spend about four to five hours on Friday planning for the
upcoming week.  When I do my planning, I analyze store productivity reports, sales
trends, and the delivery report to determine what might be my top selling department
in the next week and what type of items we are receiving, and I plan the week based
on the tasks I anticipate may need to be completed based on that information.  I also

7.

inspect the store throughout the day, every day that I am scheduled to work, to determine what tasks need to be completed and added to the Daily Action Plans. The various action plans I create are a very helpful management tool, as they allow me to plan for the week, identify items needing attention, and easily and quickly delegate low level tasks. Further, my employees know that I will follow up on the tasks assigned to them through their action plans and that I will inspect their work to ensure that it meets expectations.

17. Every day, I spend about an hour to an hour and a half walking the store with my Assistant Store Manager for the day in order to get them up to speed on how the store is doing that day, inspect and follow up on already completed tasks, and show my assistant what tasks still need to be completed for the day. While these "walk-throughs" are helpful to me in overseeing and understanding the needs of my store, I also do this as a way to train my assistants to understand how to manage the store and to give them the opportunity to see what I see when walking the store. When my Assistant Store Managers are able to follow up on tasks or determine for themselves tasks that still need to be completed, I can focus on my other management tasks, such as planning and training.

18. I am also responsible for ordering product for my store. I order products about once or twice per week, based on what is selling well and what we might need more of that week. If I notice while walking the sales floor that we are running low on or out of a particular item, I will check our stock room to determine if we have extra stock of the item; if not, I will order more of the item. Additionally, Dollar Tree provides a list of the top selling items in every department, which helps me determine what I might need to order. If I notice that we are low or out of an item on the checklist, I will know to order more of that item. I also watch for special buyouts that are added to the ordering book each day to see if any specialty items are available for ordering. I will always order extra balloons or party supplies if they appear on the special buyout lists, as those are my highest selling items. I will also always bulk

8.

order beer mugs when they appear on the special buyout list, as area restaurants will buy those items from the store by the case when available.

19.    I also order all of the frozen goods for the store.  When ordering frozen goods, I review the sales trends for that department and review our back-stock.  I decide what frozen items to order based on the average weekly sales of each item in that section.  Ordering frozen goods is trickier than ordering dry goods, as the frozen items might have expiration dates and I need to ensure that we don't have too much back-stock in the items that may expire.

20.    My store also receives merchandise from outside vendors, like Coca-Cola and Frito Lays.  I will usually change the quantities of the orders we receive from outside vendors depending on whether or not the nearby schools are in session during that time of year.  The Long Beach store is across the street from a high school, and every afternoon, after school is dismissed, a stream of students comes into the store to purchase chips and a soda.  I know that I need more cases of chips and sodas when school is in session, and less when school is out of session, so I will change my orders on that basis.

21.    I am responsible for hiring employees for my store.  I determine whether I need to hire new employees based on my sales reports and sales trends.  Dollar Tree provides a guideline showing how many employees a store should have based on sales numbers, and I monitor my sales and staffing to ensure that I remain near those guidelines.  I'll also realize that I need to hire more people if I am scheduling my current employees for more hours than usual, as that is an indication that we do not have enough people on staff.  Throughout my time at the Long Beach store, I have hired at least 60, if not more, associates for the store.  I review applications, conduct interviews, and determine whether or not to hire associates on my own (or sometimes with the help of one of my assistant managers), with no input from my district manager or human resources.  I estimate that about 5% of my time each week is spent on interviewing and hiring new employees. I also have input on hiring Assistant Store

9.

Managers for my store, with the help of my District Manager.   I make recommendations regarding candidates for Assistant Store Manager, and my recommendations are usually followed.  For example, I recommended both of my new Assistant Store Managers for promotion, and my recommendation was followed.

22.   I also perform yearly performance evaluations for each of my employees. I draft and share performance reviews for each of my associates.  At some of the stores I have managed, I have sent those reviews to Human Resources.  At my Long Beach store, though, I simply keep a copy of the review in the employee file, as it is my choice to prepare the reviews.  I also prepare reviews for my assistants, which I do share with human resources.  I also provide informal performance reviews to my employees throughout the year, especially with new employees, to share what they are doing well and items they can improve on.

23.   I am also responsible for disciplining my employees.  I can and do provide verbal warnings and corrective actions to my employees without approval from my district manager or human resources.  Generally, I will give multiple verbal warnings to an employee prior to providing them with a corrective action.   For example, if an employee is 10 minutes late a few times, that might warrant a written warning.  If the employee is constantly and consistently late over a longer period of time, that warning may turn into a corrective action.  When I first came to the Long Beach store, I spent a lot more of my time addressing disciplinary issues, as I was working with a new team and receiving some push back on changes I was implementing to improve the store.  Now that I have a solid team that is comfortable with my expectations, I spend less time addressing disciplinary issues, though it does still occur on occasion.

24.   I delegate most of the store's lower level tasks to other employees.  For example, I have delegated the task of preparing and assigning U-Boats (carts that transport merchandise to be moved to the floor)  for processing to my merchandise manager.  Again, because my current merchandising manager is new to my store, I

10.

have spent the past few weeks training him on how to best perform his duties, including preparing and assigning U-Boats. Thus, I have been working with him on these tasks as a method of training. Now, after a few weeks of training, my assistant seems to understand the process well, and I will turn over the task completely over to him with some supervision on my part. I will also sometimes prepare U-Boats with other trainee-managers, again, to train them on how best to complete the tasks. I very rarely prepare U-Boats unless I am training another employee on that process.

25.     Additionally, as explained above, I rarely perform stocking tasks myself, instead delegating that role to my employees. When I am performing stocking tasks, it is usually for the purpose of training employees on efficient stocking methods, setting the pace and expectations, and encouraging and motivating my employees to do their best work. I very rarely stock items on the sales floor other than in this context, and at most I might spend up to an hour a day on pure stocking tasks in order to get the store ready for the day. It is simply not possible for me to spend more time stocking myself, as I have many other management duties to perform that cannot be delegated out to others.

26.     As explained above, I am usually not present at the store when the delivery truck arrives every week. I usually delegate the task of receiving the truck and executing merchandising to my merchandising manager. As explained above, I am usually not present when the truck arrives unless I am in the process of training either a merchandising manager or a new Store Manager on how to manage a freight delivery. Occasionally, I will come in for a particularly big freight delivery if I believe my team will need the extra hands and leadership to get the job done. However, this is rare, and I am usually only present at a freight delivery for the purpose of providing training.

27.     Additionally, I rarely get on a cash register to ring up a customer. In a given day, I might spend 30 minutes up to 60 minutes at most on the register simply for the purpose of cashiering. I rarely ring more than one hour in a single day. I do

11.

1   sometimes spend more time on the register for the purpose of training new employees
2   on their cashiering duties, but not for the pure purpose of ringing customers.  I know
3   that some managers in smaller volume stores may need to work on the cash register
4   more often than in a large volume store based on their staffing structures, but even in a
5   smaller store a Store Manager should not spend more than a couple hours cashiering at
6   most, as lower volume stores simply are not as busy, and one or two cashiers should
7   be able to handle the register at all times without their manager's assistance.

8       28.   I know that Dollar Tree expects that, as a Store Manager, I will not spend
9   more than 35% of my time on low level tasks, like receiving product, stocking
10   merchandise, or cashiering.  On average I spend 35% or less of my time stocking or
11   cashiering; in fact, it would be hard for me to complete my management duties if I
12   were spending that much of my time on lower level tasks.  As I explain to my trainee
13   managers, a Store Manager is not a main cashier or a main stocker.  If a Store
14   Manager is spending a majority of their time cashiering, stocking, or performing other
15   low level tasks, that means that they are not properly budgeting their labor hours or
16   properly managing their own time.

17       29.   I receive my pay from Dollar Tree via direct deposit.  On occasion, I will
18   print a copy of my paystub from the register, usually to see if I received a bonus for
19   that time period.

20       I declare under penalty of perjury in accordance with the laws of the State of
21   California and the United States that the foregoing is true and correct. Executed on
22   November 24, 2015 at Long Beach, California.



Betty Lacey

12.

EXHIBIT  F

*Rowland*

# DECLARATION OF ~~ROLAND~~ LARSON

*Rowland*

I, ~~Roland~~ Larson, hereby state and declare as follows:

1.     I am currently employed by Dollar Tree Stores as a Store Manager for the Dollar Tree Store located in the Grossmont Center in La Mesa, CA. I have personal knowledge of the facts in this declaration and could competently testify to these facts if called as a witness.

2.     I have worked for Dollar Tree for 11 years.  I began working for Dollar Tree as an hourly associate in 2004 in Calexico, CA.  I worked at two locations in Calexico and was promoted to Store Manager.  I then worked as a Store Manager for Dollar Tree in Brawley, CA for a few months and then as a Store Manager for Dollar Tree in Blythe, CA.  In 2008, I started working in my current position as a Store Manager at the Grossmont Center location. I like working for Dollar Tree and feel like the company has always treated me well.

3.     Most of the training that I have received as a Store Manager has been from my District Managers, who have mentored and helped train me to run the Grossmont Center store as if it is my own business.  Dollar Tree also has online training tools, including some special courses for managers that I take every year to help give me the skills I need to effectively run my store.

4.     The Grossmont Center store is open from 8:00 a.m. until 9:00 p.m. Monday through Saturday and from 9:00 a.m. until 9:00 p.m. on Sundays.  However, the store hours vary seasonally and are generally extended during the holidays.  In addition, based on my experience working for Dollar Tree, I know that store hours at Dollar Tree stores in some other locations are different depending on the specific circumstances of each store location.

5.     I would estimate that the Grossmont Center store I manage is approximately ~~15,000~~ 12,000 square feet, generally square-shaped and has high ceilings. This store also has an unusually large stock room compared to other stores that I have visited and worked at.  The Grossmont Center store also contains a frozen food

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

1    section.  We do not sell alcohol in the store.  We do accept food stamps.  At times in

2    the past, we have had displays in the front windows, but currently we only have

3    banners.

4         6.    As the Store Manager, I am the highest level manager in the Grossmont

5    Center store and am accountable for efficiently and effectively managing the store's

6    overall performance.  I manage 3 Assistant Store Managers (ASMs) (2 full-time and 1

7    part-time), 4-8 stockers and 7-8 cashiers.  At certain times of year, especially during

8    the holidays, the number of employees that I manage increases significantly.  For

9    example, during the holidays this year I anticipate increasing the number of

10   employees I manage to approximately 25.  If sales volume is exceeding projected

11   expectations, I also have the discretion to request to hire additional employees.  This

12   would generally be done in consultation with my current District Manager Dave

13   Sommer.

14        7.    As the Store Manager, I am accountable for all operations at my store and

15   my goal is to delegate out 98% of the tasks necessary to run the store, so that I can

16   focus on setting expectations and developing work tasks and then following up to

17   ensure my directions are being effectively executed.  I can seek guidance from my

18   District Manager when necessary, but Mr. Sommer generally takes a 'hands off'

19   approach and allows me to manage my store as I see fit, especially given the

20   substantial experience I have as a Store Manager.  Mr. Sommer is also very open to

21   me offering ideas and suggestions for managing the store and district, which I

22   appreciate.  I would estimate that Mr. Sommer and I communicate by phone and/or

23   email a few times a week.  He also generally visits the store one time a week, but this

24   varies depending on the week.

25        8.    On average, I work approximately 9 (6am-4pm, 7am-5pm, etc.) hours a day and 5 days a week.  I

26   develop my own work schedule and generally schedule myself to work 10 hours, which

27   includes a one hour lunch break (i.e., 9 hours of work and 1 hour for lunch).  I live

28   close to my store so I generally go home for lunch.  I do not have to do any work

during my lunch breaks and I am always able to take at least a 30 minute uninterrupted lunch break or longer.

9.     I also can take rest breaks whenever I want to during the day to, for example, browse my personal smartphone, etc.  I schedule employees so that my ASMs and other employees at the store are able to handle any issues that may come up while I am away.

10.     I generally schedule myself to take off Thursdays and Sundays, but this varies depending on the week.  The general guidance is that I should only schedule one complete weekend (Saturday and Sunday) off every month and two days off every week, but my District Manager is generally flexible in allowing me to take additional weekends off or taking more than 2 days off a week if there is a special event, like a wedding or Bar Mitzvah that I would like to attend.  During my workdays, I can also run personal errands or adjust my schedule if something comes up.  I will usually just let my District Manager know what is going on in case he needs to reach me.   For example, a few months back I had family come into town unexpectedly and was able to take extra time off on very short notice.  I just let my District Manager know so that he could get in touch with me if necessary.  I cannot remember any occasion when my District Manager would not allow me to take an additional day/time off.

11.     My schedule changes somewhat during the holiday season in November and December when the store is especially busy.  During the holiday season, I schedule myself to work 6 days a week, but I still set my own schedule.

12.     In terms of work hours, I generally come into the store around opening time, but at least approximately 1 time per week, I will work in the afternoon and evening instead until around the store closing time.

13.     In terms of my work duties, I would estimate that approximately 90-95% of my daily tasks working at Dollar Tree relate directly to managing my store, including developing action plans, analyzing various reports, ordering merchandise, supervising, hiring, scheduling, counseling and training my employees, analyzing the

3.

stores' performance, setting goals and expectations for my employees and ASMs, and ensuring that company policies and my guidance are being properly carried out.

14.     As a Store Manager, I use Dollar Tree's AppleSeed program, which helps focus my daily activity on management-related, high-level supervisory tasks rather than the types of lower-level tasks I would generally expect my hourly employees to conduct.  My daily tasks include reviewing and analyzing the store's daily financial performance including reviewing store sales data and other financial indicators.  I also check and approve payroll and make adjustments as necessary depending on the store's performance.  For example, if the store's sales are trending lower than expected, I will generally cut man hours in an upcoming schedule.  If sales are trending higher than expectations or I expect an increase in sales based on historical data, I will generally add man hours and/or decide to hire additional employees.  My daily tasks also include reviewing and analyzing time and attendance records to check for any concerns and other reports such as void sales data that may raise loss prevention concerns.

15.     Every day I develop a daily action plan in the morning setting out key tasks for my employees.  I will then verbally review the tasks with the employees and walk them through what needs to be done to ensure they have a good understanding of what I want to accomplish.  Tasks from the action plan that are not completed in one day are carried over to the next day.  I would estimate that the majority of my work time each day is spent on developing an action plan, communicating it to my employees and then supervising and ensuring that the plan is being properly executed.  This can encompass a number of different supervisory tasks.  I also prepare a specific cashier daily action plan, a daily recovery needs plan and a daily stocker productivity plan, including assigning 'u-boats' (i.e., carts carrying merchandise for restocking) to appropriate associates and/or delegating that task to my freight manager.

16.     Another regular duty I have is scheduling associates.  Dollar Tree's Compass system assists in this task by assigning target hours to various associates and

4.

creating draft schedules, however, I can and regularly do change the schedules in the Compass system based on specific scheduling issues of employees and to ensure I have employees with the right skill sets in the store at appropriate times. For example, if I know particular employees are particularly good at stocking, I may want to schedule those employees to work when I know a big delivery is coming in.

17.     Typically, the employees in my store do not work over 4.5 hours per shift or more than 20 hours per week. However, if an employee volunteers to pick up extra shift, he or she may end up working over 20 hours per week or over 4.5 hours a day.

18.     When the store is forecasted to have higher sales (e.g., during the holiday season, etc.), the store is also allocated additional hours for me to schedule my employees. However, as I mentioned before, if the sales are higher or lower than expected, I have the discretion to take appropriate action and my District Manager is very helpful in allowing me to take appropriate steps to ensure that the personnel level is suitable given the workload at the time.

19.     On days when a delivery is coming into the store I schedule additional associates to work. The rule of thumb I use is to schedule one employee for every 500 cases of inventory.

20.     I have discretion to and do sometimes send employees home early. For example, if daily tasks get completed quicker than expected or a freight truck is late, I may send some employees home early.

21.     Another significant daily task is supervising and counseling my employees. I regularly engage in informal counseling of employees to mentor them and show them the right way to conduct particular tasks. I regularly review cashier reports, paying particular attention to void sales transactions and counseling cashiers that have a percentage of void sales that is higher than what is expected to ensure they are ringing merchandise appropriately. I also counsel other employees that are having other work-related issues, for example, not effectively keeping their area clean while restocking merchandise, not offering additional merchandise to a customer when

ringing up a sale or failing to come into work on time.   I also regularly communicate company policies to employees, for example, explaining monthly safety notices.

22.   My job duties also include supervising the store to ensure appropriate merchandising.  I regularly inspect the store to ensure that everything is in proper order, that employees are being productive and to evaluate recovery efforts and identify merchandise shortages.  I am provided detailed merchandising guidelines approximately one time a month or less (sometimes months are combined over the summer) for certain sections of my store.  For some sections of the store, the guidelines may lay out exactly where certain merchandise is to be placed, but for other sections, the guidelines may just broadly describe the type of product, for example, "soda" and then it is up to me to decide what brands/types of soda will be placed in which locations, etc., based on what I feel will best drive sales for the store.  Also, sometimes the guidelines will not mesh up with the store's layout and I will have to come up with a plan to work around the problem.  For example, we recently received guidelines for our Christmas bags section that assumed that we have 12 feet of wall space in an area where we only have 4 feet of wall space, which required me to come up with an alternative plan that would still allow the merchandise to be effectively displayed in the same area.

23.   I am in charge of ordering new merchandise for my store and do so nearly every day.  In doing so, I pay special attention to higher volume departments.  I also order frozen foods for that section of the store.  Ordering frozen food is different from ordering merchandise for other sections of the store because there is no limit on what can be ordered for the frozen section.  I typically order frozen foods on a bi-weekly basis, but during certain times of year such as the weeks prior to Thanksgiving, I will order more frequently.  I make determinations on how much new product to order based on the time of year and recent sales trends.

24.   I also sometimes need to make certain decisions relating to marking down particular merchandise.  For example, items like bread that are perishable, I may

6.

have to make a decision to mark down for a quick sale once we get in a new load of bread since customers tend to only buy the fresh bread first.

25.   On average, my store receives one freight delivery each week, but this varies somewhat depending on the time of year.  When the Grossmont Center store first opened, the deliveries were smaller, but they have grown over time.  On average, we receive 1500-1700 cases per week, but again, this can vary.  For example, last week we received 2600 cases, including holiday merchandise.  The lowest number of cases I can recall receiving in a week this year was approximately 800.  It all depends on sales trends and seasonal factors.

26.   In addition to the other duties above, I also am in charge of completing certain supervisory paperwork and audits.  For example, at least once a day I will audit one of the cash registers to ensure there are no concerns or loss prevention issues that need to be addressed.  I also complete write-ups and counseling's for employees who have performance or personal conduct issues that need to be addressed, such as attendance problems, void sales percentages that are above standards, etc.  I also monitor Key Performance Reporting (KPR) for the store to ensure the store is performing consistently and correctly.  If I identify issues of concern, I work with my ASMs to make sure that appropriate action is being taken.  As noted above, I may also adjust employee schedules depending on how the store is performing to ensure that the store's payroll costs are appropriate given the level of current sales.

27.   Another duty that I undertake is handling customer complaints.  The amount of time I spend on this varies significantly depending on the day.  Dollar Tree has a no refund policy so often customer complaints involve me explaining this policy to customers.  I may also speak with customers wishing to make exchanges to see if they qualify under Dollar Tree's exchange policy.

28.   As the Store Manager, it is also my responsibility to monitor and try to reduce shrink (i.e., loss of merchandise) in the store.  I do this by, for example,

7.

training and counseling my employees on loss prevention techniques and other methods for reducing shrink such as getting merchandise to the floor quickly.

29.     Another duty I have as the Store Manager is to ensure the safety and security of the store.   Most of my duties regarding safety and security involve regularly inspecting the store and ensuring my employees are following company safety standards. In addition, in the rare event that a safety or security issue arises with an employee or customer, I am in charge of ensuring appropriate action is taken to address the issue.

30.     As the Store Manager, I also take deposits to the bank approximately one time each day.

31.     My duties as a Store Manager also include interviewing and hiring new associates.  The amount of time I spend on this varies greatly depending on the time of year and the store's turnover rate.  Some weeks, I may not interview or hire anyone. During other time periods, I interview and hire employees fairly frequently.   For example, I would estimate that I have conducted 10 interviews in the past month for new employees, lasting approximately 30 minutes each.  We have a "we are hiring" sign outside the store all year round and then I will review applications whenever a need arises to hire another person.  I personally make the decision whether or not to hire new associates.

32.     When we do hire a new employee, I also assist in conducting the employee's initial training and orientation by showing them around the store and introducing the new employee to everyone.  I also delegate certain training tasks to my ASMs and other store employees and then will follow-up with them to make sure the tasks are completed.

33.     In addition to hiring and helping train new employees, I also conduct reviews on my full-time ASMs.  In addition, I usually identify at least one associate that is 'on-deck' that I feel I could promote to the ASM position at any time if there is a vacancy or need to hire an additional ASM.

8.

34.    I also make decisions and recommendations on whether to terminate employees who, for example steal or have persistent performance problems.  One of the most common issues we see is attendance issues.  When I notice an employee is having attendance issues, I will generally speak with them to see if they have a reasonable explanation and to evaluate whether the problem is likely to persist.  I will then have the discretion to make a judgment as to whether immediate separation is necessary or whether it is worth giving the employee additional time to improve.

35.    It is difficult to provide an exact percentage breakdown on each of the tasks described in Paragraphs 13-34 above because the time spent on these tasks vary depending on the day, season, and other factors.  However, as I mentioned above, I would estimate that 90-95% of my time working at Dollar Tree is spent on the tasks mentioned in these Paragraphs on any given day.

36.    I expect my hourly employees to handle the 'lower-level' tasks in the store so that I have time to effectively manage and supervise.  I almost never work at a cash register.  Generally, the only time I would work at a cash register is to ring up an occasional sale for a store employees, such as a soda.  For example, last week, I did not ring up a single sale.  The week before, I only rang up 6 sales.  The only other time I am at a register is to do my daily register audit.  If the store gets busy, the solution I employ is to adjust employee duties and schedules to make additional associates available.  I also expect my ASMs not to be cashiering any substantial amount of time because then they cannot be effectively supervising.  For example, I recently counseled one of my ASMs for cashiering because while he was do that, an employee was in the back of the store stealing a soda, which would not have occurred had the ASM been supervising rather than ringing up sales.

37.    I also do not directly do any stocking or freight work.  Again, I delegate these tasks to my ASMs and employees so that I have time to effectively manage the store.  The only time I will ever stock anything in the store is to demonstrate to another employee how to do it properly.  If we need additional manpower to stock

9.

merchandise, I will make appropriate scheduling and assignment changes rather than try to do the work myself.

38.    I also do not do any type of cleaning duties in the store or in the parking lot or any other types of menial type duties.  Similar to stocking and cashiering, I delegate these tasks so that I have time to effectively supervise and run the store.

39.    My understanding is that Dollar Tree expects Store Managers, including myself, not to spend more than 35% of their time cashiering, receiving new merchandise, distributing product or stocking merchandise.  I personally spend far less than 35% of my time on these tasks.  I would estimate that, at most, I spend 5-10% of my time on these tasks, with the remaining 90-95% of my time spent on the supervisory, management-specific tasks described in Paragraphs 13-34 above.

40.    I recall that up until around 2013 Dollar Tree asked me to complete a certification specifying whether I spent 50% or more of my time each week on performing store manager duties rather than the same duties that my hourly employees engage in.  To my recollection, since I have been a Store Manager, I have always spent over 50% of my time on managerial duties rather than duties similar to my hourly employees and truthfully stated so on my past certifications.

41.    I generally do not have to take any business calls or do any work-related tasks when I am away from the store during my time off.  This is because I ensure that one of my ASMs is available in the store to handle anything that might come up while I am away.

42.    I receive my pay from Dollar Tree via direct deposit.  I receive my pay stubs if I wish to review them from one of the registers in the store.  I can print a copy at any time for free.  Any other Dollar Tree employee can do the same.  In fact, one time I was in Las Vegas and wanted to get a copy of my pay stub so I stopped into a Dollar Tree store in Las Vegas and was able to print out my pay stub from that store.

43.    I really enjoy working for Dollar Tree and feel like the company has treated me well.  I do not personally know of any other Store Managers who have

10.

But also will do for demonstration or training.

complained about spending too much time on lower-level work such as cashiering, stocking or unloading freight. In my opinion, if a Store Manager is doing those tasks a substantial amount of their time, they not meeting Dollar Tree's expectations and are not doing their job effectively.

44.     I am voluntarily choosing to sign this declaration. No one told me I had to sign it. No one pressured me to sign it. I had a chance to review the declaration before I signed it and make corrections.

I declare under penalty of perjury in accordance with the laws of the State of California and the United States that the foregoing is true and correct. Executed on November 3, 2015 at La Mesa, California.

Rowland Larson

11.

**Exhibit G**

# DECLARATION OF FERNE LEWIS

I, Ferne Lewis, hereby state and declare as follows:

1. I am currently employed by Dollar Tree Stores as a Store Manager for Dollar Tree Store No. 2162 located on Sebastopol Road in Santa Rosa, CA. I have personal knowledge of the facts in this declaration and could competently testify to these facts if called as a witness.

2. I have worked for Dollar Tree for about 10 years. In addition to the Store Manager role, I have previously held the position of Merchandising Manager (also called a Freight Manager), which is a type of Assistant Manager, and Operations Manager, another type of Assistant Manager. I formally became a Store Manager in October 2010, however I was performing the role for at least six months before this. I had gone through Store Manager training to get assigned to my own store but after training I returned to the same store I was at previously (the same one I am at now) and worked as an Assistant Manager while waiting to get my store. At one point I was told to move to a store in Novato (Store 3480). I was told that this meant I was getting promoted into the Store Manager role. However, I was transferred there as an Assistant Manager. I spent about six months in Novato running the store (afterwards I was told the Store Manager was on leave), but without formally being promoted to a Store Manager. In 2011, I finally became the Store Manager in the Novato Store (3480). I later transferred to become Store Manager in the Healdsburg Store.

3. Each of the stores that I have worked at has been different and has had unique challenges. When I was at Novato a new bigger Dollar Tree store opened up nearby (Store 4393) and many of my store's customers started shopping there. Our sales volume dropped substantially causing my available payroll hours to drop until it was a challenge to even maintain the store. I really enjoyed the Healdsburg Store. I liked the clientele and had good associates in that store, including a strong management team. Healdsburg was also the only store I know of that sold alcohol. There was also a huge stock room and lower volume, which made things easier to

LITTLER MENDELSON
A Professional Corporation
501 W Broadway
Suite 900
San Diego, CA 92101-3577
619 232 0441

control.  My current store has a very high square footage and high volume.  I also
have more associates and hours than the other stores I have managed.  In this store
recovery is a major issue.  We have about 1000 customers every day many of whom
shop with their families.  Many of the clientele appear to use the store as a
"babysitter" by parking their children in the toy area while they shop.  This results in a
lot of things being taken out of their correct places.  This store also has a lot of shrink
issues and is considered a "red flag" store as a result.  These issues impact how I
manage the store and what issues I prioritize.

4.    In addition to my Store Manager role, I am also an "MST" or Model
Store Trainer.  I have been performing this role and my previous role as a "DST"
(District Store Trainer) for about 3 to 5 years.  The MST Program was started in May
of this year and has a lot more requirements than the prior DST Program.  In this role I
train all of the newly hired or promoted Store Managers and Assistant Managers in my
District.  I think I have probably trained the most people in the Region.  Since January
I can recall having trained at least six managers.  I sometimes am training multiple
people at once given the length of the program.  To qualify for this position I was
interviewed and assessed by my District Manager and Regional Training Manager.
The MST program now also requires that your store meet certain standards before you
can become an MST.  Under the new MST program the new managers come to my
store for their training.  I do not leave my store to train them as I did under the old
program. Our manager training program is a five week program for each new
manager.   While I am training someone at my store, this becomes my priority.
Throughout the five weeks I instruct the trainee on how to manage a store including
overseeing personnel and assessing store productivity.   I observe the trainees
completing a variety of tasks and assess their knowledge and skills and tailor my
training accordingly.  Throughout the program I meet with my District Manager and
the Regional Training Manager and I make recommendations about whether the
individual is ready or on progress.   The District Manager and Regional Training

2.

1   Manager rely on my input because I am the person that has spent the most time with

2   the trainee.   The District Manager has likely just met the person during their

3   onboarding day/and during hiring process.

4       5.      In my capacity as Store Manager I also complete special projects.  Most

5   recently I was asked to go to Monterey (Monday through Saturday) with my Regional

6   Training Manager, Bill Powers, to do a development assessment of Merchandising

7   Managers and Store Managers in some stores which are having issues.  These stores

8   recently got a new District Manager and need some guidance.  It is particularly

9   essential that we get them on track before the holidays.  This was a special project to

10  further develop me, it was not associated with my MST role.

11      6.      I have had 4-5 different District Managers during my employment at

12  Dollar Tree. My current District Manager is Matt Warner. I find him to be one of the

13  better District Managers.  I think in part this is because he was previously a Store

14  Manager and so he has been in our shoes. He knows that what works on paper does

15  not always work in reality. He visits my store typically once a week on official visits

16  but may also pop in when he is nearby.  He was here on Tuesday to do a "red flag"

17  audit which is necessary because my store has such high shrink.  These audits are

18  completed either by myself, my District Manager or by someone from asset

19  protection.  While I can seek guidance from Matt when I need to, in general I believe

20  that he trusts me to manage my store particularly given my experience and my role as

21  an MST training other Store Managers.

22      7.      My store is open from 8:00 a.m. until 9:00 p.m. Monday through

23  Saturday and from 9:00 a.m. until 9:00 p.m. on Sundays.   However, the store hours

24  vary seasonally and are generally extended during the holidays.   Based on my

25  experience working for Dollar Tree, I know that store hours at Dollar Tree stores in

26  some other locations are different.

27      8.      I currently work about 47.5 hours per week five days a week.  During the

28  holiday season from November 15th through year end I will be working 6 days a

3.

1    week. I set my schedule. I work from about 8 a.m. to 6 p.m. or 7 a.m. to 5 p.m.
2    except when I close once a week and work a later shift. The days and hours I chose to
3    work will vary. I have the flexibility to decide although my District Manager will
4    review my schedules to ensure they meet the needs of the business. I do work the first
5    weekend of the month as this is when our sales spike due to people getting their food
6    stamps and or pay checks.

7        9.     Currently I have a staff of about 35 employees. I will increase this by at
8    least 5 during the holiday season. This store is a lot more demanding than other stores
9    where I have been a Store Manager because I am managing so many associates.

10       10.    I am responsible for scheduling the staff in my store using the Compass
11   system. I generally prepare my schedules on Mondays. I do the schedules two weeks
12   in advance. It used to take me an hour to prepare the schedule but now I spend longer
13   because I put extensive task oriented comments into the schedule. I write the schedule
14   based on store trends. Freight hours are scheduled based on our SPEH goal. Compass
15   will increase the cashiers on the first weekend of the month when we have more sales.
16   The payroll hours available to me to allocate are forecast based on the SPEH (Sales
17   Per Employee Hour) from last year for this time of year. The number of hours
18   changes based on the season and holidays. When I get my total hours for the week I
19   first allocate the hours for my cashiers and my door greeter. The remaining hours I
20   divide up between Assistant Store Managers, stockers or recovery associates. While
21   the schedule is pre-populated for the cashiers I often have to move people around, in
22   part because the system overschedules cashiers for my stores because we have good
23   associate availability. I have to write in the Assistant Managers, the door greeter, the
24   recovery and freight (stocking) associates based on the needs of the business. With
25   respect to scheduling the freight associates, I receive a Distribution Center prep sheet
26   that tells me how many cases we will be receiving by department and I use that to
27   determine the minimum number of hours needed to unload and stock the truck. With
28   respect to the recovery associates, while most stores allocate about 20% of their hours

4.

1  to recovery associates, I choose to go above that because I need to devote more hours
2  to recovery to maintain our brand standards in light of my clientele's shopping habits
3  and to maintain brand standards.

4      11.  I am responsible for the complete hiring process for the associates in my
5  store from doing the interviews to making the decision about whom to hire. I decide
6  when it makes sense to hire additional employees. For example for the holidays as I
7  mentioned I will be hiring additional help. I am also involved in hiring Assistant
8  Managers, however my District Manager will also weigh in on this decision. If I see
9  an associate with the potential to be in management in my store, I will take it upon
10 myself to mentor and train this person to get them ready to be an Assistant Manager. I
11 will communicate to my District Manager that this person is ready or "would be great"
12 and most of the time Matt will accept my recommendations.  The amount of time I
13 spend on hiring can change throughout the year depending on store needs and any
14 staffing vacancies. It also depends on the store circumstances - at this store I have a
15 pretty seasoned staff, but when I was a Store Manager at the Novato store I had
16 trouble keeping staff because our wage rates were not high enough for the area so it
17 required me to complete a lot more non-management tasks like cashiering, stocking,
18 etc.  Also at that store I had to devote more time to hiring and training up new
19 employees.

20     12.  I conduct the orientations for my new hires.  They complete I-Learn
21 interactive training on the computer which includes topics such as customer
22 experience, safety and shrink.  However, I-Learn does not provide instruction on
23 everything. I build on the I-Learn program typically by assigning a seasoned associate
24 to mentor the individual.

25     13.  A significant part of my day, given the size of my staff, is spent
26 supervising and counseling my employees.  I regularly provide feedback to my
27 employees to mentor them and show them the right way to conduct particular tasks. I
28 also communicate company policies to employees. I counsel employees about things

like cash variances, tardiness, not following verbal or written direction, insubordination or absences. I also review cashier reports, paying particular attention to void sales transactions and cash variances and follow up with cashiers who have a percentage of void sales that is higher than what is expected to ensure they are ringing merchandise appropriately. I also review the productivity of my freight employees and follow-up with them regarding any problem areas. I also give employees positive feedback when their performance is particularly strong.

14. In addition to informal counseling and mentoring, I prepare formal reviews for my Assistant Managers each year. What I put in their reviews can impact whether or not they get a raise.

15. When employees do not improve after I have counseled them I may have to resort to formal discipline, such as a written warning. If an issue persists, I have the ability to terminate employees in certain situations, however for all categories of terminations I will partner with my District Manager and Human Resources. In those cases I would prepare a summary of the dates that the employee was counseled and explain why I believe termination is warranted. Assuming that my District Manager and Human Resources are on board with my recommendation, which they generally are, I will conduct the termination.

16. Unlike most stores, my store gets two freight deliveries per week – one on Monday and one on Wednesday. We try to unload and stock the truck delivery within 48 hours. The stocking in my store is usually done by the overnight crew as the store is too busy to do stocking during the day.

17. Unlike when I was at the Healdsburg Store where I would sometimes throw freight, I do not normally help with the unload process at my current store. This is handled by the Freight Manager and his or her team. However, I do not find out until two days ahead what time the truck is actually coming (and it is not always there when it is supposed to be), as my schedule is done two weeks ahead, there can be times when the truck does not always coincide with the time that I have staffed the

6.

freight crew.  If the truck is late and the Freight Manager and team have to go home I get involved in the process to ensure that my plan is executed and that we meet our "Freight in 48" goal, but this is not the norm.

18.   I typically delegate the cleaning of the store to the recovery associates. They are in charge of the "go-backs" as well as sweeping or mopping, although I will help out with that during my closing shift, once a week and any time it's needed.

19.   I spend time each day in my office.  Monday is what I consider to be my formal "office day."   On Mondays I have several conference calls - one with my District Manager and the other Store Managers in my district and one relating to my MST status, and with the Regional.  On Mondays I also prepare the schedule (as discussed above).  I review stocker productivity data and update the Stocker Station with productivity reports as well as any bulletins.  I also review cashier stats and pay close attention to data concerning sales voids.  I use this data to identify potential loss prevention issues.   I post the cashier data and other relevant information in the Cashier's Corner.

20.   Throughout the week I also track and analyze the store's overall performance by reviewing store sales data and other financial indicators.  I use this information to see how my store is trending and to determine what adjustments I may need to make in my staffing levels, or to otherwise get our sales numbers up.

21.   I spend the majority of my day Friday planning for the upcoming week using what we call the Appleseed Program.  I prepare a Daily Action Plan for the overall store.  This contains the tasks that I want my employees to focus on each day during the upcoming week.  I determine what the priorities for my store are for each week based on the business needs, remaining issues from the prior week, and any upcoming events or holidays. I also prepare detailed action plans to assign tasks to different associates – recovery associates are assigned a particular department to cover and cashiers receive "appleseeds" that give them particular tasks to complete during their shift and identify items we want to drive each shift.   I delegate to my

7.

Merchandising Manager the preparation of Daily Stocker Productivity Plans for stockers, which contain u-boat assignments and goals regarding how many cases per hour they are expected to stock.  I find that the more detailed my instructions are the more effective I am at getting associates to follow through and be productive.

22.    During the day, I perform a complete store walk through at least four times. As my store is quite large this can take a significant amount of time.  During each walk through through I assess the store by looking for safety concerns, evaluating recovery needs and spotting merchandising opportunities.  Depending on the immediacy of the need, I can include these tasks in my Daily Action Plans, or I can assign an associate to take care of it sooner. I also observe employee productivity during this time.

23.    As Store Manager I am held accountable for the shrink in my store.  It is my responsibility to monitor and try to reduce shrink.  Because of the high level of shrink in my store (as I mentioned this is a "red flag" store), I am constantly trying to make my associates aware of the issue and tell them how they can impact shrink by making customers aware of their presence.  I believe I am one of the only stores that has an employee who is stationed as a door greeter.   If there is an incident with shoplifting I am expected to call the police who will want me to fill out "citizen's arrest" paperwork.  Shrink is a high priority for me at this store, to a much greater degree than the other stores where I have been a manager.

24.    Several days a week I may do some cashiering for a short period of time. However, I try to avoid doing so as I have so many other duties associated with the overall running of the store and relating to my MST status. This would usually occur when the SPEH forecast is not correct and we are busier than predicted, or, if we are not hitting our SPEH and I have to reduce someone's hours.

25.    I receive a "sales planner" from time to time, which provides guidance on merchandising in the store.   It typically pertains to the "red zone," seasonal merchandise and some end caps. Sometimes the guidelines are specific and other

8.

times they are much more general.  Regardless, there are times when my store cannot create the end caps in the planner because we may not get the appropriate merchandise.  In those cases, I will come up with an alternative.  Also, the store layout can impact how closely I will be able to match the planner.  For example, I don't have a big window in which to place seasonal merchandise like other stores because I have a big wall instead of a window.  Instead I come up with an alternative plan to display seasonal merchandise in line with my store's layout and taking into account our shrink issues.

26.  I am in charge of ordering new merchandise for my store.  When ordering promotional items I have the ability to expand the quantities we will receive and I do so if I believe we can sell additional items.  For non-promotional items ordering is typically based on what has been sold. While replenishment is typically done by department rather than item, I can influence this by filling out an SSC survey to speed up or slow down a particular product.  For example, fancy beverage napkins do not sell in my store.  While these sold in the Healdsburg store (which also sold alcohol), they do not have appeal with the clientele at my current store.  I also have a freezer section in my store and I choose which items to order for this section.  I make determinations about the type and quantity of product to order in line with the trends of my clientele and the season.

27.  I do not do bank deposits as my store has armored pick up of our cash.  At other stores where I have worked, Store Managers are required to do the bank deposits.

28.  As a Store Manager I am responsible for the safety of my employees.  I advise employees about safe practices and counsel them if they are not following these practices.  If despite this, an employee is injured I will fill out workers' comp paperwork and will communicate with Risk Management about the incident.   In addition, in the rare event that a safety or security issue arises with a customer, I am in charge of ensuring appropriate action is taken to address the issue.

9.

29.    As Store Manager I am responsible for ensuring that the payroll in my store is accurate and complete and timely submitted.   This includes reviewing the punches to determine whether there are any missing punches and to make sure that associates are not working longer than they are supposed to be, and that they are taking all of their breaks in compliance with California law.   When I notice an issue I will follow-up with the employee to correct and/or counsel as needed.  Payroll has to be submitted by Monday at 9 a.m. and so we typically do it on Sundays.  I do delegate this task to an Assistant Manager if I am not working when payroll must be submitted.

30.    As Store Manager I am expected to deal with customer complaints. Typically customers want to speak with me because I am the manager.   Complaints can range from a customer without a receipt wanting to make an exchange or get a refund, a complaint that a cashier overcharged them or wasn't friendly enough to them, or that the lines are not moving fast enough.  I will listen to the complaint and use my judgment to resolve it as I believe appropriate based on the facts and circumstances.   I will determine whether a situation qualifies under Dollar Tree's exchange policy and if not I will explain this to the customer as diplomatically as possible.

31.    Another of my duties as Store Manager is dealing with unemployment claims made by associates from my store.  I once attended an unemployment hearing on behalf of Dollar Tree.  I actually attended telephonically because it was in Redding.

32.    I understand that as a Store Manager I am expected to "plan, delegate and follow up."  It is my goal to delegate out as many tasks as possible, so that I can focus on managing the overall store performance and overseeing my staff.   I do this by setting expectations, giving detailed instructions and then following up to ensure my directions are being effectively executed.  I estimate that I spend at least 70% of my time in my current store performing managerial duties such as hiring, coaching, directing and scheduling my staff, completing store walks to assess the store, developing my action plans, analyzing store performance data, ordering merchandise,

10.

1   and ensuring that company policies and my guidance are being properly carried out. I

2   spend up to 30% of my time on more task oriented projects or cashiering, stocking or

3   go-backs. I think I spent less than 70% of my time on managerial duties in the Novato

4   Store by comparison. The split there was closer to 50/50. It was also extremely hard

5   to staff that store because the minimum wage rate of $9.00 was not high enough to

6   attract employees in that location.

7       33.   I receive my pay from Dollar Tree via direct deposit. I print my pay stub

8   from the register when I want to. I have not been confused by my paystubs and can

9   understand the information contained in them.

10       34.   I am voluntarily choosing to sign this declaration. No one told me I had

11   to sign it. No one pressured me to sign it. I had a chance to review the declaration

12   before I signed it and make corrections.

13       I declare under penalty of perjury in accordance with the laws of the State of

14   California and the United States that the foregoing is true and correct.

15       Executed on January 13 , 2016 at Santa Rosa, California.

16

17                           FERNE LEWIS

18   Firmwide:136983663.1 061603.1171

19

20

21

22

23

24

25

26

27

28

11.

EXHIBIT  H

## DECLARATION OF SHELLI NELSON

I, Shelli Nelson, hereby state and declare as follows:

1.     I am currently employed by Dollar Tree Stores as a Store Manager for the Dollar Tree Store located in Hayward, CA on Hesperian Boulevard.  I have personal knowledge of the facts in this declaration and could competently testify to these facts if called as a witness.

2.     I have worked for Dollar Tree since 2011.  I began working for Dollar Tree at Store No. 2515 on Washington, Avenue in San Leandro, California.  It was supposed to be a 2 week temporary employment during the store remodel, but after a week, I was offered a job as a cashier.  I worked as a cashier at the San Leandro store for 2 months and then I was promoted to the position of Assistant Store Manager (ASM).  I transferred to Store No. 5365 in San Leandro on Davis Street prior to the store opening, where I was the ASM and in charge of the store until Dollar Tree hired the Store Manager.  After the Store Manager was hired, I remained at Store No. 5365 as an ASM, and for a time, I also would go to Store No. 1387 in San Leandro for a few days a week and work as an ASM.  In August 2014, I attended a week of Store Manager training.  After a week, Dollar Tree pulled me out of training to go back and work at Store No. 5365 because the Store Manager was not working out and they were hiring a new Store Manager.  When the new Store Manager started at Store 5365, he was new to Dollar Tree and my job was to help train him on Dollar Tree processes and procedures.  I was also the operations manager; I did the scheduling, ran the store, ordered product and completed action plans.  Basically, I did everything in the store except the things that require a manager code.  In the end of October or beginning of November my District Manager transferred me to be the Acting Store Manager for Store No. 1250 in Livermore.  I stayed at Store 1250 through Christmas, and in January 2015, I attended 4 weeks of Store Manager training.  In early February 2015, I started working as the Store Manager at my current store, Store No. 1264 in Hayward, on Hesperian Boulevard.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

3.     Hayward is a racetrack store and my current annual sales volume is around $2.5 million. When I first came to Hayward, the store was broken. Sales were down and the store was dirty. It was a high shrink store; for example, employees and customers would eat merchandise in the store without paying for it. The former Store Manager worked nights and the former ASM managed the store during the day. At Hayward, everyone had their own processes; no one used the Dollar Tree processes. For example, cashiers had their own ways of ringing merchandise. Some cashiers did not scan each item, so the automatic replenishment orders were not accurate. There was also a lot of old freight in Hayward, another store's overstock was stored at Hayward, and there was a lot of damaged merchandise slated for return to Dollar Tree stored in boxes.

4.     To fix Hayward, the number one thing I had to do was wean out the bad associates. I implemented Dollar Tree methods and processes and enforced Dollar Tree rules and policies throughout the store. The associates who did not like it either quit or I terminated their employment. I also worked on reducing shrink by implementing the bag check processes, checking lockers in the break room, and checking registers in the store to monitor cashier's item voids. I also required all associates to be responsible for recovery and to keep the store clean and retrained associates on customer service. I retrained cashiers to make announcements every 10 to 15 minutes about the item of the week, sales or frozen item of the week. Making announcements is a Dollar Tree process. I implemented the Dollar Tree practice for associates to record all purchases, so Dollar Tree has a history of associate purchases at Hayward.

5.     In addition to all of the old freight and overstock I inherited, in June, Hayward received an extra truck that was rerouted from its original destination store. Then in August, one of my deliveries was delayed almost a week and shortly after that, I had a new Merchandise Manager. As a result, Hayward ended up with two truckloads of backstock. To process the old and extra inventory, I developed where

2.

1   my stockers stock new inventory onto the sales floor Monday through Wednesday.

2   Then on Thursday and Fridays, we stock old inventory onto the sales floor.

3       6.    I have a new District Manager, Noel ~~Neil~~ Ojeda.  I have a lot of respect for

4   him and think that he is the best District Manager I have had at Dollar Tree.  I work

5   with him on plans for improving my store.  For example, Hayward is a high shrink

6   store, so we work together on plans for reducing the shrink.  Mr. Ojeda gives me his

7   ideas and I give him my ideas and we work together.  For processing the old and extra

8   inventory, I told Mr. Ojeda my plan and he told me he thought it was a good idea.

9       7.    How often Mr. Ojeda visits Hayward varies.  Sometimes he surprises me

10   with a visit, sometimes I will see him 3 times per month.  When he comes to the store,

11   Mr. Ojeda checks my paperwork, checks the registers, checks the bathrooms and

12   break room, and checks both warehouses to make sure there are no open boxes.  He

13   walks the sales floor and looks at my end-caps.  Mr. Ojeda is a communicative

14   District Manager so we talk every day.  While Mr. Ojeda is a hands-on District

15   Manager, he gives me the space I need to manage Hayward.

16       8.    Hayward is open from 8:00 a.m. until 10:00 p.m. Monday through

17   Saturday and from 8:00 a.m. until 9:00 p.m. on Sundays.  Hayward has a frozen food

18   section and a liquor license so we can sell alcohol.

19       9.    At Hayward, I manage about 26 associates.  I have 2 full-time and 1 part-

20   time ASMs, 7-6 stockers, plus a stocker for the frozen section and 3 recovery

21   employees.  At Hayward, I have greeters but no security guard.  All of my associates,

22   other than my 2 full-time ASMs are part-time.  I am only supposed to schedule my

23   stockers for 4 hour shifts and for 20 hours a week.  For the stockers and other

24   associates who I think are really good, if they need more than 20 hours a week of

25   work, then I will send them to other Dollar Tree stores to pick up additional shifts.

26   This is ok as long as they work less than 40 hours a week at Dollar Tree.  For

27   example, I have a stocker who I send to Store No. 5364 in San Leandro every

28   Wednesday and Thursday.

10.     If sales are down and I have to send associates home early because of my payroll budget, I will cut all of the working associates' shifts short by 30 minutes. I figure that everyone has bills to pay, so if I need to cut 4 hours of payroll, I will spread it out among everyone, so that everyone still gets to work. The other thing I do at my store is I schedule associates to work the same shift every week. My main cashiers come in and work the same days and the same hours every week. This way the cashiers get to know the regular customers at the store which improves customer service and helps increase sales. Working a consistent schedule also helps reduce shrink because my Hayward employees recognize the customers who come to the store regularly to shoplift. My stockers also help reduce shrink by working a consistent schedule of 8 a.m. – 12 p.m. on the sales floor and knowing which regular customers to watch for shoplifting.

11.     As a Store Manager, my job duties also include supervising the store to ensure appropriate merchandising. Dollar Tree provides a merchandising catalog, a user guide, detailed seasonal product planners and planners for end-caps. I get seasonal product planners at the beginning of each season. At the beginning of a season, I will have all the product required for the seasonal section, but as we replenish, Dollar Tree will not always send us all the product we need to keep the seasonal section full. When there are product holes, I select appropriate items to fill the hole.

12.     As the Store Manager, I help drive the financial success of my store. For example, when I have name brand inventory, I will put it in the front of the store, even if it is not on Dollar Tree's planner for the front of the store. Or I can train my employees to tell the customers about our name brand products. I can also decide whether or not to return damaged merchandise. Once Hayward had received a shipment of name-brand dishwasher soap where the tops were all damaged. I had them stocked in the front of the store and sold them for $0.60 instead of $1.00 rather than return them as damaged merchandise. I have a large empty area at the front of

4.

my store without any shelving, so I will set up a pallet of 1-liter bottles of Coke or a pallet of bottled water.

13.    At Hayward, I have about 50 end-caps; I typically receive a planner for my end-caps each month.  When there are product holes in my end-caps, I have the authority to decide what products to stock to fill the holes.  When I run out of products in the end-cap planner, I can create a custom end-cap.  If I create a bottled water end-cap, I will pair bottled water with flavor packages, bags of chips and straws.  As long as the product combinations make sense, I have the authority to create end-caps.

14.    On average, I work 5 days a week.  Typically 4 days a week I work from 7:00 a.m. to 6 p.m.  One day a week I will work 1 p.m. to 10:30 p.m.  I try to work Monday through Friday and once a month I will work a Saturday or Sunday.  During the holiday season, from Thanksgiving through Christmas, I work 6 days a week.

15.    For the holidays, I will hire about 6 additional employees to work from Thanksgiving through Christmas.  Normally, during the non-holiday season, I hire a new employee every other week.

16.    As the Store Manager, I am responsible for ordering new merchandise for my store.  I order frozen foods with the frozen foods section stocker.  With the frozen food section, I can decide what to order and how much.  There are some minimum and maximums on frozen products, for example, on Texas Toast, I can only order up to 24 cases.  For frozen foods, I will submit larger orders in the beginning of the month.

17.    For non-frozen foods, most of the store inventory is automatically ordered once it has been scanned by a cashier.  I can order some items, and some items Dollar Tree orders for me, for example, I can order supplies for running the store but I do not order alcohol.  Instead, Dollar Tree sends my store the alcohol we sell.

18.    On Mondays, I spend most of the day doing paperwork.  When I start the day on Monday, I usually come in at 7:00 a.m. then I walk the store.  Our truck usually arrives Monday morning, and at 7:00 a.m. I will go to the back and talk with

1    the Merchandise Manager to see where they are with unloading the truck.  Monday
2    mornings I will also work on scheduling.  When I schedule, I schedule my cashier
3    breaks so that someone other than myself relieves the cashiers when they take a break.
4    It takes me less than an hour to schedule employees for the week because my
5    associates generally work the same shifts and hours week to week.  Every morning I
6    will prepare the daily action plan and the plans for my stockers, cashiers and recovery.

7        19.    At the end of my shift, I check my emails and review the action plans to
8    see if there are other things that remain to be done.  I will walk the store to see how it
9    looks and talk to the night manager.  Everyone at Hayward is responsible for recovery,
10   so I may touch base with associates on the night shift about recovery.

11       20.    All of my current ASMs at Hayward were originally trained at the
12   various San Leandro stores where I used to work.  Now I work side by side with them,
13   teaching them what I know.  My Merchandise Manager is new and this is her first
14   Christmas.  So I am training her on Dollar Tree processes.

15       21.    I take lunch breaks and rest breaks.  I will leave the store for a lunch
16   break so that I won't get interrupted.  I will sit at Togo's or in my car and eat for 30
17   minutes.  If I am not hungry, I will still go to my car and make phone calls or do
18   something on my own time.  For rest breaks I will take the time to leave the store to
19   buy an energy drink.  While I don't time it, by the time I go to another store, stand in
20   line, pay and return, it probably takes me 10 to 15 minutes.

21       22.    I give performance evaluations to my ASMs once a year.  I don't
22   normally write up store employees because my ASMs prepare the write ups.

23       23.    In Hayward, I spend more than 50% of my time managing the store.
24   Most of my time is spent planning, delegating, getting the store organized and doing
25   paperwork.  I focus on plans for fixing Hayward, trying to figure out how to get sales
26   up, and how to get cashiers to increase average sales.  I want to bonus at Hayward, so
27   on my mind is how to get my associates to be faster and better.  If I cashier, I will only
28   do it if the lines are long.  I think I spend less than an hour a day cashiering.  I have a

1    Merchandise Manager who is responsible for managing unloading the truck on
2    Monday mornings. Normally, I spend maybe 3 to 4 hours a month processing freight
3    and stocking. On Monday mornings, if we are short on stockers, I may spend an hour
4    helping with end caps or I may help with a pallet. For seasonal merchandise, meaning
5    Christmas, Valentine's Day, Back to School, Easter, Fourth of July or Labor Day, I
6    will work with 1 or 2 associates stocking the seasonal merchandise.

7        24.    I can access my pay stubs if I wish to review them from one of the
8    registers in the store. I can print a copy at any time for free. I believe that I can print
9    out up to 2 months of pay stubs from the register. I know that in the past, I have
10   printed out a month of pay stubs. We get paid every other week at Dollar Tree. On
11   Wednesday, before the Friday pay day, I can get a copy of my pay stub, so I will
12   know how much I will be paid on Friday. I really like being able to know how much I
13   will be paid ahead of time.

14       25.    I am voluntarily choosing to sign this declaration. No one told me I had
15   to sign it. No one pressured me to sign it. I had a chance to review the declaration
16   before I signed it and make corrections.

17        I declare under penalty of perjury in accordance with the laws of the State of
18   California and the United States that the foregoing is true and correct. Executed on
19   December 2| 2015 at Hayward, California.

Shelli Nelson

Firmwide:137321036.2 061603.1171

7.

EXHIBIT  I

### DECLARATION OF SYED NIAZI

I, Syed Niazi, hereby state and declare as follows:

1.      I am a Store Manager with Dollar Tree in California. I am currently in charge of the Brentwood location. I have personal knowledge of the facts in this declaration and could competently testify to these facts if called as a witness.

2.      I was hired as a Store Manager in February 2010 at Dollar Tree's Antioch location. In addition to Brentwood and Antioch, I have also worked at the Pittsburgh store. Prior to joining Dollar Tree, I worked as a Store Manager at Rite Aid, which was also an exempt position. When I was hired here, I was told that "the whole building" was my responsibility – from the sales and budgeting to the safety of my employees and customers, and everything in between.

3.      I was trained for three months or so on all aspects of Dollar Tree store operations. The training included topics on hiring, inventory, planograms, and the planning process through Appleseed.

4.      The Brentwood store is approximately 12,000 square feet, while the Pittsburgh and Antioch stores are around 8,000 square feet. Brentwood is one of the larger Dollar Tree stores, and does approximately $80,000 per week in sales, as compared to less than $50,000 per week at Pittsburgh and Antioch. All three stores sell frozen foods, but only Pittsburgh sold alcohol.

5.      At Brentwood I manage approximately 29 employees, including four ASMs, all of whom are full time. I also hire an additional five associates during the holiday period, for which I plan beginning in July. At Pittsburgh and Antioch I managed between 16 and 19 employees, including three to four ASMs. When my ASMs perform well, it enables me to concentrate more on the store's overall business plan; if they are not performing their jobs well, I have to spend more time following up with and coaching them. I work approximately 50 hours per week during the non-holiday season, and take a 30 minute lunch each day.

DECLARATION OF SYED NIAZI          1.          12/18/15

6.    My district manager Dave Beaudin visits my store a couple times a week. Each time he visits, we meet, walk the store, and go over any projects that need to be done. We also email each other daily, but he gives me the freedom to manage my own store.

7.    As the Store Manager, I am responsible for every aspect of my store's performance. I have to plan, execute and delegate tasks from payroll, to merchandising, to processing freight. I have found that keeping a clean, recovered store is key to maximizing sales. That requires me to constantly delegate small recovery tasks throughout the day.

8.    My personal approach to managing involves accountability – I give associates the opportunity to take responsibility for their own tasks, and then follow up with training and coaching. I also try to listen and learn from my associates.

9.    I start a typical day by meeting with my ASMs to walk the store, following up on any previously delegated tasks, and making a plan for tasks for the next ASM scheduled to work. After that, I spend about an hour in my office doing planning and paperwork. That time includes giving cashiers their daily plan, checking email and payroll numbers, and planning freight. I typically have my ASMs go over the daily action plans with the cashiers. Throughout the day I am constantly following up with both my ASMs and my other employees to ensure that everyone is taking care of their assigned tasks.

10.    When I'm done with my office work, I head back to the floor to help with merchandising, cashiering, or physically processing freight. However, even when I am doing these types of tasks I am frequently required to manage my employees and resolve customer issues that call for a manager's input.

11.    During the second half of a typical day I walk the store with my closing manager and give them their daily plan, and deal with any issues or concerns. Then I will check and respond to any emails that have come in, make a plan for the closing associates, and walk the store again before leaving.

DECLARATION OF SYED NIAZI          2.

12.     In addition to these "typical" tasks, I spend extra time on Mondays doing office tasks such as scheduling and ordering, which takes a total of four to five hours. On Fridays I spend close to the entire day planning for the next week. On two days a week I have to plan for the fright delivery, which takes about four hours total per week. Some days I spend eight hours just working on merchandising and store display projects.

13.     The turnover at my store is not unusually high, but nearly every day I spend at least 15 minutes talking to potential employees who bring in applications. I also typically interview employees twice a week, which takes from 40 to 45 minutes total. I spend a lot of time training stockers and cashiers when they are hired, although I delegate some of that responsibility to my ASMs, or I will delegate other tasks to my ASMs so I can spend time training. I also spent about a year acting as a District Store Trainer, which required me to train other Store Managers.

14.     I am responsible for scheduling the employees in my store. That process involves both the actual scheduling of individuals, as well as ensuring my payroll budget stays within the sales per employee hour (SPEH) standard. To meet my SPEH budget, I have to constantly monitor my payroll hours and daily sales, and adjust schedules accordingly. If I need additional hours, I can request that my budget be increased for a week, and I have had to do so on occasion. I also have to adjust pre-populated schedules due to employees wanting to change shifts, or if I know a particular employee is more productive during a certain time of the day.

15.     I am also responsible for merchandising within my store. Although Dollar Tree sends out a seasonal planner, I am often required to substitute items because the listed merchandise is not in my inventory. When that happens, I have to determine which items need to be sold and which will generate the most profit for the store. I have also had customers purchase entire end caps, which requires me to fill the space with new merchandise not listed in the seasonal planner. I make my choices based on what is in season, which items are the most profitable, and how much

DECLARATION OF SYED NIAZI                    3.

inventory I have. The planner also does not give specific information about where to place "clip strips," so I delegate that responsibility to my ASMs.

16.    Although a majority of the ordering process is automated, I still find myself having to make additional manual orders once or twice a week of certain items, and I have to handle the ordering of items though outside vendors such as Coca-Cola and Frito Lay. I also have to manually order my frozen foods, which I do on Thursdays (delivery is on Tuesdays). Ordering frozen foods requires me to check on my inventory, taking into account expiration dates, and then estimate the amount of food that the store will sell so there's less chance of having to markdown any food. I also place specialty orders for customers online.

17.    I use a number of reports to assist me in managing my store, including invoice reports, receiving reports, direct order reports, and time reports. I look at the time reports every 30 minutes to an hour, and I look at my sales and payroll reports every 10 to 15 minutes. I also look at KPR reports (which is an overall report that includes sales, payroll, etc.) every Monday.

18.    Because I am responsible for the operation of the store as a whole, I usually spend two to three hours at various points during each day performing customer service tasks such as working on a cash register, or stocking.

19.    I would estimate I spend 40 to 50% of my week planning, 30 to 40% of my week performing other miscellaneous managerial duties, and no more than 30 to 40% of my week stocking and cashiering.

/ /

/ /

DECLARATION OF SYED NIAZI                    4.

20.     I am voluntarily choosing to sign this declaration.  No one told me I had to sign it.  No one pressured me to sign it.  I had a chance to review the declaration before I signed it and make corrections.

I declare under penalty of perjury in accordance with the laws of the State of California and the United States that the foregoing is true and correct. Executed on December ___18___, 2015 at Brentwood, California.

_____
Syed Niazi

EXHIBIT J

1   LINDBERGH PORTER, Bar No. 100091
    lporter@littler.com
2   MARY D. WALSH, Bar No. 197039
    mdwalsh@littler.com
3   LITTLER MENDELSON, P.C.
    650 California Street, 20th Floor
4   San Francisco, CA  94108.2693
    Telephone:  415.433.1940
5   Facsimile:  415.399.8490

6   DOMINIC J. MESSIHA, Bar No. 204544
    dmessiha@littler.com
7   LITTLER MENDELSON, P.C.
    2049 Century Park East, 5th Floor
8   Los Angeles, CA   90067
    Telephone:  310.553.0308
9   Facsimile:   310.553.5583

10  Attorneys for Defendant
    DOLLAR TREE STORES, INC.
11

12                  UNITED STATES DISTRICT COURT

13                  CENTRAL DISTRICT OF CALIFORNIA

14

15  CURTIS PATTON, an individual, on          Case No. 2:15-cv-03813
    behalf of himself and all others
16  similarly situated;                        **DECLARATION OF STEVEN
                                               PEARSON IN SUPPORT OF
17              Plaintiff,                      DEFENDANT DOLLAR TREE
                                               STORES, INC.'S OPPOSITION TO
18  v.                                         PLAINTIFF'S MOTION FOR CLASS
                                               CERTIFICATION**
19  DOLLAR TREE STORES, INC., a
    Virginia corporation; and DOES 1          [Los Angeles County Superior Court
20  through 100, inclusive,                    Case No. BC577498]

21              Defendants.

22                                            Date:
                                             Time:
23                                            Place:

24                                            Complaint Filed:    April 2, 2015
                                             Trial Date:         None Set
25

26

27

28

TLER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA 94108.2693
415.433.1940

## <u>DECLARATION OF STEVEN PEARSON</u>

1. All the facts contained in this Declaration are based on my own personal knowledge and, if called as a witness, I could competently testify to them.

2. I am employed by Dollar Tree Stores, Inc. ("Dollar Tree") in Chesapeake, Virginia. I have been employed by Dollar Tree since June 2004. My position is Field Labor and Budget Director. In this position, among other things, I am accountable for executing field and company strategies related to field labor, budget and productivity.

3. In my capacity as Dollar Tree's Field Labor and Budget Director, I am familiar with the overall operation of individual Dollar Tree Stores both nationwide, and in California.

4. Dollar Tree's California stores vary in size, location, layout, sales volume, staffing levels, merchandise and pilferage control.

5. For example, some Dollar Tree stores are categorized as "Red Flag Stores." This designation indicates that a particular store is at high risk for internal and/or external theft, which is a component of what is known in retail as "shrink". Dollar Tree's list of Red Flag stores changes periodically depending upon the Company's assessment of risk factors.

6. I am also familiar with the overall annual sales of Dollar Tree Store number 4358, in Pico Rivera, California. I understand that one of the Plaintiffs in this case, Curtis Patton, worked at the Pico Rivera, California store during 2013.

7. In 2013, the total annual sales of the Pico Rivera, California store were in excess of $2.7 million.

8. Each of the above factors impacted how California Store Managers performed their jobs.

1

2     I have read the above Declaration and do hereby declare under penalty of

3 perjury under the laws of the United States of America and the State of California that

4 it is true and correct.

5     Executed this 9th day of January, 2017 in Chesapeake, Virginia.

6

7     _____

8                 STEVEN PEARSON

9

10

11   Firmwide:144831660.1 061603.1171

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT  K

## DECLARATION OF PETTIE ("JIT") PHONESOUVANH

I, Pettie ("Jit") Phonesouvanh, hereby state and declare as follows:

1.     I currently am employed by Dollar Tree Stores as a Store Manager for the Dollar Tree Store located in Beaumont, California.  I have personal knowledge of the facts in this declaration and could competently testify to these facts if called as a witness.

2.     I have worked for Dollar Tree for a total of 5 years.  My first position with Dollar Tree was an hourly associate on the stocking crew at the Beaumont store. I held this position for about two months.  I was promoted to Assistant Store Manager (ASM), specifically Merchandise Manager, and worked in that position for about 1 year.  Thereafter, I started a training program to be a Store Manager.

3.     To become a Store Manager, I attended a 6 week training program.  In that program, I learned, among other things, how to do payroll, how to schedule, and how to order.  Because I previously worked as a Merchandise Manager, I already had been pre-trained in some of these areas.  The first 4 weeks of the training program were more instructive.  I read books and observed what was going on in the store.  At the end of the 4 weeks, I took a very comprehensive test.  During the last 2 weeks of training, I ran the store with a trainer overseeing me.  The trainer provided me with instructions and corrected any mistakes that I made.

4.     When I completed the training program, I took over as the Store Manager at the Yucca Valley store.  I worked there for about 1 year and 2 months.  I transferred to the Banning, California store where I worked for a year and a couple of months. Next, I transferred to the Beaumont, California store, where I currently work.

5.     Of the three stores I worked at, the Yucca Valley store was the largest. At that store, I supervised 3 to 4 Assistant Store Managers (ASMs) and 15 to 20 associates.  When I first arrived at the store, our sales volume was about $30,000 to $35,000 per week.  However, when a ~~Family Dollar~~ Dollar General store opened nearby, it caused our sales to drop.  The Banning store was the smallest of the three stores I managed.  At

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA  92101-3577
619.232.0441

1   Banning, I supervised 1 full-time and 2 part-time ASMs and 15 associates.  The sales
2   volume at that store was about $30,000 to $35,000 per week.  The Beaumont store is a
3   high value store.  At Beaumont, I supervise 2 full-time and 2 part-time ASMs and
4   about 21 associates.  The 2 full-time ASMs are my Operations Manager and
5   Merchandise Manager.  The 2 part-time ASMs are my Sales Manager and Stocking
6   Manager.  I also plan to hire about 5 seasonal workers over the holidays.  The sales
7   volume at Beaumont is higher than at the other 2 stores I managed.  We average about
8   $45,000 to $50,000 per week.  Over the holidays, that volume will go up about $5,000
9   per week.

10      6.      The Beaumont store I currently manage is located about 20 minutes
11  before you hit Palm Springs.  Beaumont is a small town where everyone knows
12  everyone else.  Everybody who grew up in Beaumont still lives here.  Beaumont also
13  has a large population of retired persons.

14      7.      My District Manager is Rik Willis.  Mr. Willis and I have a great
15  relationship.  He supports me in the decisions that I make.  Mr. Willis visits the
16  Beaumont store approximately once every 2 weeks.  When he is here, he walks the
17  store with me and my Merchandise Manager and provides feedback on the store.
18  Because Beaumont is his home store, he also may drop in from time to time
19  unexpectedly.  Mr. Willis lets me have freedom to run my store.  If I hit my sales
20  numbers and I have no issues, he'll call or email periodically to see how I am doing
21  and if I need anything.  If I have issues, he's available for me to contact on the phone
22  any time of the day.

23      8.      As the Store Manager, I am responsible for everything that goes on in my
24  store—every associate, every customer, every product.  I plan, delegate, and follow-up
25  on all activities within my store.  I am responsible for the financial performance of my
26  store.  As a Store Manager, I receive bonuses based on sales at my store, so I am
27  constantly working to increase our sales.

28

2.

9.      I schedule myself to work on the days and times that I want to work. When I schedule myself, I take into account the operation of the store. I want to be at the store on the days that are busiest, when we have the most potential to make money.  On a typical week, I work Monday and Wednesday through Saturday and take off Sunday and Tuesday.  Sometimes, if I need to come in on a Tuesday to finish paperwork, I will take off early on another day of the week.  Also, if I want to take off a full weekend, I can do that as long as I make sure I have coverage so that I'm comfortable things at the store will run smoothly.

10.      I usually arrive to work at 8 a.m., after dropping off my child at school. I work until about 5:00 p.m., although some days, I work later if needed.  If I need to come in late or leave early, I can do that.  I adjust the schedule as necessary to make sure I have coverage from an ASM.  I take lunch breaks most days.  Sometimes, I sit and eat in my office at the store.  Other days, if an ASM is scheduled at the same time, I leave the store to grab something to eat.

11.      When I arrive to work in the morning, the first thing I do is to walk my store with my ASM to see what is going on in the store.  I prepare a Daily Action Plan, on which I write out everything that needs to be done in the store that day.  I give the Daily Action Plan to my ASMs and talk to them about what they are supposed to be doing that day and what items they are supposed to push.  I delegate to my ASMs the responsibility of informing store associates of their specific tasks for the day.  As part of that process, I prepare a Cashier Plan for each cashier at the store.  I write in the cashier's start and end times and break time.  My Operations Manager, fills in the rest of the information based on my Daily Action Plan.  Every day is different.  If it is going to be a slow day at the store, we may assign cashiers projects such as cleaning up the front of the store.  If we know it is going to be a very busy day, we may just have the cashier focus on the customers.  My ASM also completes a Recovery Plan for each recovery associate based on the information from my Daily

1   Action Plan.  It tells the recovery associates which aisles they are going to be covering

2   that day.  I give my ASMs discretion to add on projects as needed.

3         12.    I don't expect my associates to be Superman.  If something on the Daily

4   Action Plan does not get completed by the end of the day, I transfer it to the next day.

5   My customers come first and good customer service is the most important thing.

6         13.    I monitor the performance and productivity of associates in my store.

7   One way I do that is by looking at a cashier comparison report, which provides me

8   with information on the number of transactions each cashier rings up.  I compare the

9   number of transactions to see how each cashier is performing.  If one cashier had

10  fewer transactions, but their average sales are higher, I could see a valid reason for the

11  difference.  However, if one cashier had notably fewer transactions than another with

12  comparable average sales, I would talk to the Operations Manager or Sales Manager

13  to find out why that was happening.  I also may look at the store's surveillance camera

14  to see if the cashier spent too much time chatting with customers and not enough time

15  ringing up customers.  While I want my cashiers to spend time with the customers, I

16  do not want them talking to a customer for 10 minutes if they only are ringing up two

17  items.   Sometimes, I will personally counsel an associate on performance, but I

18  usually delegate that task to the Operations Manager or Sales Manager.  I want to give

19  them the authority to handle the situation on their own.

20        14.    I schedule all of the associates at my store.  Dollar Tree uses a program

21  called Compass for scheduling.  Compass fills in the schedule for cashiers, however I

22  often move the schedules around.  I accommodate associate requests for time off.  I

23  also move schedules around if an associate has an arrangement where they only can

24  work certain days and times.  I complete the schedules for my stocking crew and

25  recovery crews.  When I make the schedules, I take into account the needs of my

26  store.  If I know the first day of the month is going to be crazy, I schedule my best

27  workers to be on hand that day.  I also know my associates well.  If I know an

28

1   associate is more productive at a certain time of the day, I will adjust their schedules

2   so they are working when they are most productive.

3   15.   I am allotted a certain number of hours to schedule associates each week,

4   which fluctuates based on the Sales Per Employee Hour (SPEH).  I have sufficient

5   hours to run the store as long as I schedule correctly.  It is important to look at the

6   schedule, not just day-by-day, but also over the entire pay period or  longer.  For

7   example, because of the holidays, my store is receiving more product than we can

8   push out on the sales floor right away.  However, I know that as I sell the product

9   currently on the floor, and begin to restock, my sales will go up.  That, in turn, will

10  give me more labor hours.  Later in the pay period or month, sales will be high, but we

11  will be getting less product.  So, I can use more labor hours now, knowing that it all

12  will even out.

13  16.   I schedule meal and rest breaks for the associates at my store.  I tell them

14  in detail how many breaks they get and when to take them.  I don't tolerate any

15  violations of Dollar Tree's meal and rest break policy.  If an associate is interrupted

16  during a break, I tell them to start over.  I also make sure that the store has adequate

17  coverage so associates can take their meal and rest breaks.

18  17.   I am responsible for merchandising at my store.  Dollar Tree provides

19  managers with Planners that I use as a guideline.  However, I don't always follow the

20  Planners.  My District Manager and Regional Manager tell us to own our store.  We

21  know what is going to sell and what isn't.  My District Manager tells me to go for it

22  and sell the products that I know are going to sell.

23  18.   As the Store Manager, I decide on my own what to place in end caps.

24  Front end caps typically are based on my calendar.  Right now, Dollar Tree is pushing

25  out Christmas merchandise and the Planners show the front end caps as Christmas

26  items.  However, I am not doing that.  Instead, I have Thanksgiving items in my end

27  caps, such as catering items and dinnerware, because I know that is what will sell at

28

1   my store.  I also have full discretion to build my back end caps based on what I know
2   will sell at my store.

3       19.   As the Store Manager, I do the ordering for the store.  I typically print out
4   the order book, grab a clip board with paper, and walk the store.  I make notes on the
5   clip board about what items I would like to order if they are open for ordering.  Often,
6   I make notes to order items requested by customers.  I also perform cycle counts to
7   make sure that my store has the proper amounts of items ordered.  For example, if I
8   walk the store and see that we are out of a certain product, I check to see what the
9   computer shows as our inventory.  If the count shows that the store has thousands of
10  the item, I need to correct the order count.  This could occur if a cashier scanned an
11  item incorrectly.  I delegate the task of ordering frozen food to my Operations
12  Manager.  I look over the order before it is submitted to make sure the amounts look
13  correct.  The key to ordering is knowing your product and knowing your people.

14      20.   In addition to the products we order, we also have outside vendors,
15  including Pepsi, Coca-Cola, and Vista, deliver products to our store.  I talk to the
16  vendors about adjusting the quantities of product and product selection.  I want to
17  make sure that we have room on our shelves for the product.  I also want to make sure
18  we have enough product to sell.  For example, with Thanksgiving coming up, I had
19  told one vendor double my inventory.  I also control the inventory to make sure that
20  there are no expired products on the shelves.

21      21.   My duties as Store Manager including reviewing and preparing
22  paperwork for the store.  I submit the payroll once a week either on Sunday or on
23  Monday before 9:00 a.m.  I review each associate's time to make sure that it is correct
24  and to make sure that nobody missed a meal/break.  I also review Key Performance
25  Reports (KPR) on a daily basis.  I look at my sales numbers and SPEH to see if I can
26  add payroll hours for the week.  I also run an operations productivity report at the end
27  of the week which tells me how my store is performing this year versus last year.  I

28

print out this report and make it available for my ASMs to look at. I want them to know when they are performing well.

22. I take steps to minimize shrink at my store. I do this by constantly walking the floor and observing what is going on at the store. I make sure that the store is adequately staffed. I make sure that my associates acknowledge the customers, greet them, and interact with them. I make sure that we check the bags of each associate leaving the store on every shift. I enforce the associate purchase policy. With vendors, I make sure that one of my ASMs or I always count every item that comes in and make sure that the invoice matches our count. Also, when I return to the store after a day off, I may go back to the store's video surveillance cameras and check to make sure that somebody wasn't loading up a car of stolen merchandise.

23. I personally handle any customer complaints at the store. Because my store is in a small town and I know most of my customers, I prefer to deal with them directly. However, I also train my ASMs to handle complaints so that they are available when I am not in the store.

24. I handle all of the hiring for my stores. I find candidates for positions through job postings that I put up and also through walk-ins. Occasionally, if I am out shopping at another store and run across a great employee, I may ask them if they are interested in working for Dollar Tree. I spend a few minutes talking to each candidate when they come in to apply. If I like the person, I will ask them to come back the next day to sit down and talk more. If they don't show up, I know they are not interested in the job. I interview candidates for all positions. I ask them to tell me a little about themselves. I'm looking for someone who will respond by telling me about their retail experience. I also ask questions about how they deal with conflict and how they prioritize tasks. I introduce them to the Dollar Tree culture. I spend a good 20 to 30 minutes with each candidate. It is important for me to find the right person for the job. I don't have time to train someone and then have the person not work out.

7.

25.     I also recommend associates for promotion to ASM.  If someone in my store is doing a good job, I ask them if they are interested in moving up.  If they are, I introduce them to my District Manager.  My District Manager will watch the associate and interact with them.  At the end of the day, my District Manager knows that the new ASM will have to work with me, so he relies on my opinion as to who to promote.

26.     I train all of the associates that I hire at my store.  I like to do it myself because I want to make sure it is done right the first time.  I don't have the time to re-train anyone.  When I train a new associate, I have them come in and complete paperwork.  I go over Dollar Tree's policies and procedures and see if the new associate has any questions.  Then, I walk the new associate around the store and make introductions.  Afterward, I have the new associate train on Dollar Tree's online training system, iLearn.  Once the new associate has completed the online training and passed a test, I train them on the specific aspects of their job.  For stockers, I show them the product and where it goes.  For cashiers, I explain how to greet and handle customers.  I will have the new cashier shadow me or an ASM to observe how to perform the job.  After the first day, I have my strongest ASM continue training the new associate.

27.     I discipline associates at the store as needed.  Dollar Tree's disciplinary process includes verbal and written warnings.  I make sure that everything is documented on a counseling form and discuss the discipline with the associates.  If the discipline is more serious, such as a suspension, I run it by my District Manager and Human Resources to make sure that I am doing everything within policy and according to the law.  In some cases, such as employee theft, I conduct the initial investigation by reviewing the surveillance cameras.  Then, I bring in one of Dollar Tree's Asset Protection Managers and get additional feedback from them.  If the investigation shows that the associate stole from the company, I terminate the associate with my District Manager or another manager there to witness the termination.

28.     Only rarely have I had to terminate an associate for performance issues.  I try to avoid that by good training and informal counseling.  If an associate is having trouble in one area, for example not being able to stock fast enough, I try to retrain them for another department, such as a cashier.

29.     I understand that Dollar Tree expects me to spend at least 60% of my time managing and operating the store.  I estimate that I spend more than that amount of time performing management work.  Each day, I am out on the floor 60-65% of the day overseeing store operations, delegating tasks to ASMs, and following-up.  That is in addition to the time I spend in the office doing tasks such as payroll, scheduling, reviewing and responding to emails, and preparing action plans.

30.     I only work at the cash register to break an associate or to back up when customer lines become very long.  Out of an 8 to 10 hour day, I estimate that I spend maybe up to 1 hour on the register.

9.

31.    My Merchandise Manager and Stocking Manager are responsible for receiving delivery at the store.  I only receive delivery if my merchandise manager calls out.  Occasionally, I will do a surprise visit during the delivery, however, this is to oversee the delivery rather than to unload the truck personally.  I personally do not do much stocking at the store.  I only do stocking randomly and do not do it every day.  When there is a big push to get out merchandise, I will be at the store working alongside my staff and directing them.

32.    Occasionally, I will do some cleaning at the store.  If I walk into a bathroom and see it is dirty, I may grab a bucket and clean.  I know that Dollar Tree does not expect me to do any cleaning work and I can wait for the cleaning crew.  I do it because I want to.

33.    I estimate that out of an 8 to 10 hour day, I spend up to two hours doing stocking, freight, and/or cleaning.  However, it is difficult to separate this time from time I spend training and directing other associates while doing these tasks.  I know that my District Manager does not expect me to do any of these tasks myself.  Sometimes, when it is slow, I like to do it.

34.    I receive my paycheck by direct deposit.  I usually print out my pay stubs on the register at the store.  I also am able to access my pay stub online by setting up a user name and password.  If I need to obtain a copy of an older paystub, I can email Dollar Tree's payroll department and they will send it to me.

I declare under penalty of perjury in accordance with the laws of the State of California and the United States that the foregoing is true and correct.

Executed on November 29 , 2015 at _Beaumont_, California.

PETTIE ("JIT") PHONESOUVANH

Firmwide:136900559.1 061603.1171

10.