UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.   CV 15-03813-MWF(PJWx)                    Date:  May 23, 2017
Title:     Curtis Patton -v- Dollar Tree Stores, Inc., et al.

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Relief Deputy Clerk: | Court Reporter: |
|---|---|
| Cheryl Wynn | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**        ORDER TO SHOW CAUSE

On May 15, 2017, Plaintiff filed an Application for Leave to File Under Seal (the "Application" Docket No. 87) certain documents in support of his Opposition to the currently pending Motion for Summary Judgment (Docket No. 84). In the Application, Plaintiff stated that "pursuant to Local Rule 79-5.2.2 . . . Defendant will file a declaration establishing that the designated information is sealable." (App. at 2).

The usual presumption in the Ninth Circuit favors the public's right of access to most judicial records. *See, e.g.*, *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 677–78 (9th Cir. 2010); *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The underlying certification motion here is dispositive. Therefore, the Court expects the parties to justify the proposed sealing item by item, under the "compelling reasons" standard. *See Kamakana*, 447 F.3d at 1179 (noting that compelling reasons standard applies to dispositive motions, including motions for summary judgment).

Defendant has failed to file any declaration regarding the information proposed to be sealed. Accordingly, Defendant is **ORDERED** to show cause, in writing, why the Court should grant the Application. The response shall be no more than five pages and shall be submitted by **May 26, 2017**. The items shall remain under seal until the Court rules on the Application. If the Application is denied as to any item, the parties will have the opportunity to withdraw it.

IT IS SO ORDERED.

---

**CIVIL MINUTES—GENERAL**                                                    1