JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA GUILLEN, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOLLAR TREE STORES, INC., a Virginia Corporation<br><br>Defendant. | CASE NO.: CV 15-3813-MWF(PJWx)<br><br>The Honorable Michael W. Fitzgerald, United States District Judge<br><br>**JUDGMENT AFTER TRIAL** |

This action came on regularly for jury trial between November 2, 2017, and November 7, 2017, in Courtroom 5A of this United States District Court. Plaintiffs were Francisca Guillen, on behalf of herself and a certified Class of all others similarly situated. Plaintiffs were represented by Matthew J. Matern, Esq., Mikael H. Stahle, Esq., and Joshua D. Boxer, Esq., of Matern Law Group, PC. Defendant Dollar Tree Stores, Inc. was represented by Lindbergh Porter, Esq., of Littler Mendelson, P.C., and Elena R. Baca, Esq., and Ryan D. Derry, Esq., of Paul Hastings LLP.

A jury of eight persons was regularly empaneled and sworn.  One juror was excused with the consent of the parties.  Witnesses were sworn and testified and exhibits were admitted into evidence.  After hearing the evidence and arguments of counsel, seven members of the jury were duly instructed by the Court and the cause was submitted to the jury.  The jury deliberated and thereafter returned a special verdict as follows:

**Question 1**

Did Francisca Guillen and the Class *not* retain easy access to their electronic wage statements?

_____ YES            \_\_\_X\_\_\_ NO

If you answered "YES" to Question 1, please proceed to Question 2.  If you answered "NO" to Question 1, please [have your foreperson sign and return the verdict form].

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure**, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. As to the Claim for Relief for violation of California Labor Code section 226, judgment is entered in favor of Defendant Dollar Tree Stores, Inc., and against Plaintiff Francisca Guillen and each member of the Class.
2. Plaintiff Francisca Guillen and the Class shall take nothing on their claim by their Complaint.
3. Pursuant to Federal Rule of Civil Procedure 23(c)(3)(B), the Court hereby describes the members of the Class to whom the Federal Rule of Civil Procedure 23(c)(2) notice was directed and who did not request exclusion.  The Class as certified is defined as:

"All persons employed in one or more of Dollar Tree's retail stores in California at any time on or after April 2, 2014, who received their wages via direct deposit or Pay Card and who have not entered into an arbitration agreement with Dollar Tree."

Excluded from this definition are all Class Members who requested exclusion and the portions of certain Class Members' claims that were released by the settlement in *Stafford v. Dollar Tree Stores*, Solano County Superior Court Case No. FCS043461.

4. As the prevailing party, Defendant Dollar Tree Stores, Inc. is to recover from Plaintiff Francisca Guillen its costs of suit as provided by law.

5. Now that the matter has been tried to conclusion, the website established to provide notice (www.DTclassaction.com) should be removed from the Internet within 7 days.

Dated: November 15, 2017.

_____
MICHAEL W. FITZGERALD
United States District Judge