Name: MATTHEW J. MATERN (STATE BAR #159798)
Address: 1230 ROSECRANS AVENUE SUITE 200
City, State, Zip: MANHATTAN BEACH, CALIFORNIA 90266
Phone: (310) 531-1900
Fax: (310) 531-1901
E-Mail: mmatern@maternlawgroup.com

☐ FPD    ☐ Appointed    ☐ CJA    ☐ Pro Per    ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA GUILLEN, an individual, on behalf of herself and all others similarly situated, <br><br> PLAINTIFF(S), <br> v. <br> DOLLAR TREE STORES, INC., a Virginia corporation, <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:15-cv-03813-MWF-PJWx <br><br><br> **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that ___Francisca Guillen, individually and as class repr.___ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
  Judgment after Trial (Dkt #232); see Exh. 1.

☐ Other (specify):

Imposed or Filed on ___11/15/2017___. Entered on the docket in this action on ___11/15/2017___.

A copy of said judgment or order is attached hereto.

___11/21/2017___
Date

Signature
☐ Appellant/ProSe    ☒ Counsel for Appellant    ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                  NOTICE OF APPEAL

# ATTACHMENT "A" TO NOTICE OF APPEAL – REPRESENTATION STATEMENT

Pursuant to Rules 3 and 12 of the Federal Rules of Appellate Procedure and corresponding Ninth Circuit Rules, each separately represented party in the above-captioned Court and in the above-captioned action along with the names, mailing addresses, telephone numbers, fax numbers, e-mail addresses, and California State Bar membership numbers of their attorneys of record, are identified below.

**Attorneys for Plaintiff FRANCISCA GUILLEN:**

Matthew J. Matern (CSB #159798)
Mikael H. Stahle (CSB #182599)
Joshua D. Boxer (CSB #226712)
**MATERN LAW GROUP, PC**
1230 Rosecrans Ave., Suite 200
Manhattan Beach, CA 90266
Telephone:  (310) 531-1900
Facsimile:   (310) 531-1901
mmatern@maternlawgroup.com
mstahle@maternlawgroup.com
jboxer@maternlawgroup.com

**Attorneys for Defendants DOLLAR TREE STORES, INC.:**

Lindbergh Porter, Jr. (CSB #100091)
**LITTLER MENDELSON, P.C.**
650 California Street, 20th Floor
San Francisco, CA  94108
Telephone:  (415) 433-1940
Facsimile:   (415) 399-8490
lporter@littler.com

Elena R. Baca (CSB #160564)
**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor
Los Angeles, CA  90071
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705
elenabaca@paulhastings.com